IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SPENCER NORMAN, KIEFER NORMAN, COURTNEY NORMAN, and HELEN S. NORMAN,<br><br>Plaintiffs,<br><br>v.<br><br>CAMDEN COUNTY, BRIAN D. FIENE, DWIGHT D. FRANKLIN, RICHARD B. DZIADOSZ, LARRY L. RUTHERFORD, and JAMEE L. WATSON,<br><br>Defendants. | Case No.: 2:12-CV-04210-NKL |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants Camden County, Brian D. Fiene, Dwight D. Franklin, Richard B. Dziadosz, Larry L. Rutherford, and Jamee L. Watson's Rule 26(a)(2) Disclosure of Expert Witnesses was served upon counsel of record for the Plaintiffs via e-mail at Jsimon@simonlawpc.com and Kcarnie@simonlawpc.com and U.S. Mail on this 24th day of July, 2013.

Respectfully submitted,

PAULE, CAMAZINE & BLUMENTHAL, P.C.
*A Professional Corporation*

By: /s/ D. Keith Henson
    D. Keith Henson, #31988MO
    165 North Meramec Ave., Suite 110
    St. Louis (Clayton), MO 63105-3772
    Telephone: (314) 727-2266
    Facsimile: (314) 727-2101
    khenson@pcblawfirm.com
    Attorney for Defendants Camden County,
    Brian D. Fiene, Dwight D. Franklin, Richard B.
    Dziadosz, Larry L. Rutherford, and Jamee L.
    Watson

## **CERTIFICATE OF SERVICE**

The undersigned hereby states a true and correct copy of the foregoing was filed with the Clerk of the Court to be served by the operation of the Court's electronic filing system and sent via E-Mail and U. S. Mail this 24th day of July, 2013 to:

John G. Simon
Kevin M. Carnie, Jr.
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
Fax: (314) 241-2029
Jsimon@simonlawpc.com
Kcarnie@simonlawpc.com
Attorneys for Plaintiffs

                              /s/ D. Keith Henson