

# Case: Spencer Norman, et al v. Camden County, et al

## Transcript of Sheriff Dwight Franklin

**Date:** October 10, 2013

*This transcript is printed on 100% recycled paper*



## GorePerry
### Reporting & Video

515 Olive Street, Suite 300
St. Louis, MO 63101
Phone: 314-241-6750
1-800-878-6750
Fax: 314-241-5070
Email: schedule@goreperry.com
Internet: www.goreperry.com



Exhibit B

1        **VIDEOGRAPHER:** We're on the record at
2    10:03 a.m. Today's date is October 10th, 2013.
3    We're here today for the deposition of Sheriff
4    Dwight Franklin, being taken in the matter of
5    Spencer Norman, et al. vs. Camden County, et al. At
6    this time, would counsel please give their
7    representations for the record?
8        **MR. CARNIE:** Kevin Carnie for the
9    plaintiffs.
10       **MR. HENSON:** Keith Henson on behalf of all
11   of the defendants.
12       **VIDEOGRAPHER:** Would the reporter please
13   swear the witness.
14                SHERIFF DWIGHT FRANKLIN,
15   of lawful age, having been first duly sworn to
16   testify the truth, the whole truth, and nothing but
17   the truth in the case aforesaid, deposes and says in
18   reply to oral interrogatories propounded as follows,
19   to-wit:
20                        EXAMINATION
21   **QUESTIONS BY MR. CARNIE:**
22       Q    Would you please state your name?
23       A    Dwight Franklin.
24       Q    Are you employed, sir?
25       A    Yes.

1      Q      Okay. And where is Camden County located?

2      A      It's in the central part of the State of

3 Missouri. It encompasses the Lake of the Ozarks,

4 the majority of it.

5      Q      Okay. And how -- about how large of an

6 area is that?

7      A      It has 665 miles of roadway that we have

8 to patrol.

9      Q      Now, is the Camden County Sheriff's Office

10 broken down into different divisions?

11      A      Yes.

12      Q      What divisions are there?

13      A      There's court security, operations and

14 corrections.

15      Q      And I take it the patrol officers fall

16 under the operations division?

17      A      The patrol, yes, sir.

18      Q      Okay. And court security is what it

19 sounds like, it's deputies stationed inside the

20 courthouse?

21      A      Yes, bailiffs and security.

22      Q      And corrections would be at the jail?

23      A      Yes.

24      Q      Now, you mentioned you are the -- you're

25 the Sheriff of Camden County, correct?

1   A   Yes, sir.

2   Q   Is that an elected position?

3   A   Yes.

4   Q   How long have you been in that position?

5   A   I started my second term this year. I
6   had -- the first term was four years, and this is
7   the first year of the second term.

8   Q   When was that first term? What did that
9   start?

10  A   2009, January 1 of 2009.

11  Q   Okay. So now when did -- I guess when did
12  you run for reelection?

13  A   I was reelected to start January 1, 2013.
14  2012 is the election process. Primary and general
15  is in 2013. Or 2012, excuse me.

16  Q   As the Sheriff of Camden County, what are
17  your responsibilities?

18  A   To oversee the Sheriff's Office.

19  Q   And what does that include doing on a
20  daily basis?

21  A   Everything. Basically ensure that the
22  operations of the Sheriff's Office is getting
23  completed.

24  Q   And are you -- are you stationed in an
25  office in Camdenton? Or where is that at?

1  A    It's in Camdenton, yes, sir, in the
2  Sheriff's Office.
3  Q    Okay. And do you on a daily basis go into
4  that office or do you go out and a patrol as well?
5  A    I primarily stay in the office and conduct
6  the day-to-day operation, oversight of the Sheriff's
7  Office, yes. On occasion, I'll go -- I'll get to go
8  out and serve a search warrant with them or
9  something like that, but very rarely.
10 Q    Now, prior to being elected as the Sheriff
11 of Camden County, what did you do for employment?
12 A    I was a Missouri State Highway Patrol
13 Sergeant. I was in the Missouri State Highway
14 Patrol for 29 years.
15 Q    Okay. And does that take us back to
16 college or high school for you before that?
17 A    It was right out of high school.
18 Q    Okay. Have you attended any college?
19 A    No, sir.
20 Q    You completed high school?
21 A    Yes.
22 Q    And then you went into the Missouri
23 Highway Patrol?
24 A    I had odd jobs until I turned 20, 22 years
25 old. I was 22 in July of 1979 when I was hired by

```
 1   you did more than just -- than just traffic and
 2   accidents, right?
 3       A    Yes, yes.  I was in marijuana eradication.
 4   We did a lot of things.  I was on the SWAT team,
 5   sniper on the SWAT team.  It's just many areas that
 6   you covered over the career.
 7       Q    And the area that you would -- you would
 8   patrol, that changed throughout the years?
 9       A    It was -- it was basically Camden and
10   Miller County for the majority of my career around
11   the Lake.  Then I went to Versailles and worked
12   Morgan and Moniteau County there.
13       Q    Sheriff, have you reviewed the actions of
14   the deputies involved in this incident?
15       A    Yes.
16       Q    Okay.  Have you reviewed the force used?
17       A    Yes.
18       Q    Did any of the deputies involved in this
19   incident violate any policies of Camden County?
20       A    No.
21       Q    Did any of the deputies involved in this
22   incident violate any rules of Camden County?
23       A    I'm not sure I understand what rules.
24   What -- what do you mean by rules?
25       Q    Does Camden County have any rules?
```

1       A    Yes.

2       Q    Who's responsible for the training of

3    deputies?

4       A    When I first took office, we had --

5            **MR. HENSON:**  He just asked who.

6       A    Who?  I'm responsible for the overall

7    operation and training in the Sheriff's Office, yes.

8       Q    (By Mr. Carnie) Okay.  So you're

9    responsible for the training of the deputies?

10      A    Yes.

11      Q    And has it always been that way --

12      A    I guess ultimately.

13      Q    -- since you --

14      A    Ultimately I'm responsible.  I delegate

15   that responsibility to different people in the

16   organization, in my command staff, so --

17      Q    Okay.  And who have you delegated

18   responsibility to handle training requirements?

19      A    Since I took office or the changes I made

20   or --

21      Q    Yeah.  Let's talk -- let's talk about when

22   you first took office, who did you delegate

23   responsibility to for training?

24      A    Captain Tony Helms was responsible for

25   handcuffing techniques, firearms, taser, those types

```
1    can make us a copy of it here.  I only had one copy
2    of that.
3              MR. CARNIE:  Okay.
4              MR. HENSON:  And I sent it to you.  I'll
5    see if Scott, the gentleman here, can make me a copy
6    of it.  And if he can, then I'll just let the court
7    reporter take the original.  If he cannot, then I
8    may take the original and will send the court
9    reporter one, okay?
10             MR. CARNIE:  Okay.  That's great.
11             MR. HENSON:  All right.
12             MR. CARNIE:  And I need to put my order in
13   with the court reporter.  I'll take an Etran and a
14   mini.
15   SIGNATURE WAIVED, BY AGREEMENT OF COUNSEL
16   AND WITNESS
17
18
19
20
21
22
23
24
25
```

1   Comes now the witness, Sheriff Dwight Franklin,

2   and having read the foregoing transcript

3   of the deposition taken on 10/10/2013,

4   acknowledges by signature hereto that it is a

5   true and accurate transcript of the testimony given

6   on the date hereinabove mentioned.

7

8   _[signature]_

9   _____

10  Sheriff Dwight Franklin

11

12  Subscribed and sworn to me before this

13  28th day of October, 2013.

14  My Commission expires - 10-29-16

15

16

17  _[signature]_ Donna Jean Cross

18  Notary Public

19  **DONNA JEAN CROSS**
    Notary Public - Notary Seal
20  State of Missouri
    Commissioned for Camden County
    My Commission Expires: October 29, 2016
21  Commission Number: 12617036

22

23

24

25