IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| SPENCER NORMAN, KIEFER NORMAN, COURTNEY NORMAN, and HELEN S. NORMAN, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No.: 2:12-CV-04210-NKL |
| v. | ) ) | |
| CAMDEN COUNTY, BRIAN D. FIENE, DWIGHT D. FRANKLIN, RICHARD B. DZIADOSZ, LARRY L. RUTHERFORD, and JAMEE L. WATSON, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF JIM BRASHEAR

State of Missouri  )
                   )
County of Camden   )

Jim Brashear, being duly sworn upon his oath, states that he has personal knowledge of the following facts:

1. I am a deputy sheriff of Camden County, Missouri.

2. I am a certified TASER instructor for the Camden County Sheriff's Department.

3. I have received in excess of fifty hours of training on the use of a taser and the effects of a taser.

4. The taser is a conducted electrical weapon which is designed to produce and emit an electrical charge to control an individual causing Neuro Muscular Incapacitation.



Exhibit F

5. The Taser delivers an electrical charge to an individual through a metal barbed probe ("probes") fired from the device that attach themselves to an individual and are connected to the Taser by thin insulated copper clad steel wires.

6. When the Taser probes strike an individual, an electrical charge flows through the wires and disrupts the individual sensory and motor nervous system, which results in NMI (Neuro-muscular incapacitation).

7. When the cycle of the Taser is completed and the electrical charge stops flowing, the individual being tased regains control of his muscular system and body.

8. The Taser is also designed to be used in a "drive stun" mode. The user can touch the individual with either a spent cartridge attached to the Taser or by removing the cartridge from the Taser. The Taser is pushed against an individual's body with the electrical charge being delivered through metal contact points from either the cartridge or the front bay area of the Taser.

9. The electrical charge from the Taser in the "drive stun" mode causes localized pain to the individual, affecting the sensory nervous system but does not incapacitate the individual.

FURTHER, AFFIANT SAYETH NOT.

_____
JIM BRASHEAR

STATE OF MISSOURI )
                            ) SS.
COUNTY OF CAMDEN )

Subscribed and sworn to before me this 5 day of December, 2013.

_____
Notary Public

My Commission Expires: 03/10/2017

JENNIFER M. WILSON
Notary Public - Notary Seal
STATE OF MISSOURI
Camden County
Commission # 13408208
My Commission Expires: 3/10/2017