

Case: Spencer Norman, et al v. Camden County, et al

Transcript of Sergeant Brian Fiene

**Date:** October 21, 2013

*This transcript is printed on 100% recycled paper*



GOREPERRY
REPORTING & VIDEO

515 Olive Street, Suite 300
St. Louis, MO 63101
Phone:314-241-6750
1-800-878-6750
Fax:314-241-5070
Email:schedule@goreperry.com
Internet: www.goreperry.com



Exhibit

L

5

1       **THE VIDEOGRAPHER:**  We're on the record at 11:03.

2  Today's date is October 21st, 2013.  This is the

3  deposition of Sergeant Brian D. Fiene --

4       **THE WITNESS:**  Yes.

5       **THE VIDEOGRAPHER:**  -- to be taken in the matter

6  of Spencer Norman, et al. versus Camden County, et al.,

7  Cause Number 2:12-CV-04210.  At this time would counsel

8  please identify themselves for the record.

9       **MR. KEANE:**  Ryan Keane, Simon Law Firm on behalf

10  of the Plaintiff.

11       **MR. HENSON:**  Keith Henson on behalf of all of the

12  Defendants.

13       **THE VIDEOGRAPHER:**  Thank you.  Would the court

14  reporter please swear in the witness.

15                    Brian D. Fiene,

16  of lawful age, being produced, sworn and examined on

17  behalf of the Plaintiffs, deposeth and saith:

18                    EXAMINATION

19  **QUESTIONS BY MR. KEANE:**

20       **Q.**  Sergeant, would you please state your full name

21  for the record?

22       **A.**  Brian David Fiene.

23       **Q.**  Okay.  And your current address?

24       **A.**  P. O. Box 794, Camdenton, Missouri 65020.

25       **Q.**  And what is your current occupation?

Gore Perry Reporting and Video
FAX 314-241-5070        314-241-6750        www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    **A.**    I believe about five minutes, sir.

2    **Q.**    Was there anyone else in your squad car?

3    **A.**    No, sir.

4    **Q.**    And when you received the call, what information

5    was relayed to you?

6    **A.**    The call came out and was dispatched as a male

7    subject who had forced his way into someone's house and

8    the homeowner had somehow managed to struggle or fight

9    with him and get him back outside of their residence and

10    now he was beating on the residence trying to get back in

11    again.

12    **Q.**    Okay.  And that's the information you received

13    from the dispatcher at the time?

14    **A.**    Yes, sir.

15    **Q.**    Do you know who the first officer was to arrive?

16    **A.**    Deputy Brandon Dziadosz.

17    **Q.**    His last name is pronounced Dziadosz.  It's

18    spelled D-z-i-a-d-o-s-z; is that correct?

19    **A.**    Yes, sir.

20    **Q.**    And before you arrived, were you in communication

21    with Officer Dziadosz?

22    **A.**    I don't think I had any contact with Officer

23    Dziadosz until I actually arrived.

24    **Q.**    Any other officers on the scene before you

25    arrived?

Gore Perry Reporting and Video
FAX 314-241-5070          314-241-6750          www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    Q.  Okay.  What about his -- Could you see his face

2    and his eyes?

3    A.  I could see his face.  I couldn't really see his

4    eyes.

5    Q.  So Officer Dziadosz had his TASER drawn and you

6    said the laser was being -- beam from the TASER was on

7    Mr. Norman's body, the target laser?

8    A.  I assume it was.  I don't know that it was on Mr.

9    Norman's body.  I could just see that the laser was on on

10   Deputy Dziadosz TASER.  I could see that the red light

11   was on, so I knew he had the laser on, but where it was

12   pointed, I don't know for sure.

13   Q.  Okay.  So you at that point -- What happened

14   after Officer Dziadosz had the TASER drawn and was

15   continuing to talk to Mr. Norman, what did you do?

16   A.  Well, since Mr. Norman was not complying with

17   Deputy Dziadosz's request and orders, as I closed the

18   distance, I drew my TASER from probably about 15 feet

19   away and I continued to close the distance towards Mr.

20   Norman because I began walking right directly towards him

21   and he was walking away from Deputy Dziadosz because he

22   was in the middle of Dziadosz and I.  So he was walking

23   towards me at that point and then I began issuing

24   commands for him to stop and for him to put his hands on

25   his head and for him to quit moving away and quit

Gore Perry Reporting and Video
FAX 314-241-5070        314-241-6750        www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    resisting, that sort of thing, and --

2        Q.   Okay.   Was Officer -- or strike that.

3            Was Mr. Norman speaking at all at that point?

4    Was he responding in any way verbally to either you or

5    Officer Dziadosz?

6        A.   I didn't heard -- I heard nothing intelligible

7    come from Mr. Norman addressed to Deputy Dziadosz or I.

8        Q.   What was he saying?   Before he was tasered, was

9    he speaking at all?

10       A.   He -- He was mumbling, doing some mumbling.   He

11   was doing a lot of what I described as growling.   At one

12   point the only word that he said that I understood, but

13   they weren't addressed to myself or Deputy Dziadosz, but

14   at one point he stopped walking for a second and looked

15   up at the sky and said something about God or Jesus and

16   the Holy Ghost or something to that effect, but then he

17   put his hands down and kept walking away again.

18       Q.   And is that the only thing that you heard that

19   was intelligible from him, was God, Jesus, Holy Ghost?

20       A.   Yes.

21       Q.   Did that mean anything to you at that particular

22   moment?

23       A.   I suspected he was probably under the influence

24   of narcotics.

25       Q.   Could you smell any alcohol or drugs when you

Gore Perry Reporting and Video
FAX 314-241-5070          314-241-6750          www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    were in his vicinity before you tased him?

2    **A.**  No, sir.  I wasn't close enough to smell

3    anything.

4    **Q.**  So he -- Mr. Norman started walking towards you

5    away from Officer Dziadosz.  You at that point had your

6    TASER drawn, correct?

7    **A.**  Correct.

8    **Q.**  And you were giving him verbal commands?

9    **A.**  Correct.

10    **Q.**  And what were those commands?

11    **A.**  I told him several times to stop.  I told him at

12    least two or three times to put his hands on his head.  I

13    told him at least a couple times after that to get on the

14    ground.  I don't know how many commands I gave him.

15    Probably at least six to eight all together.

16    **Q.**  And he wasn't -- And there was no response by him

17    to any of these commands?

18    **A.**  That's correct.

19    **Q.**  You said that you could tell he was under the

20    influence of narcotics of some sort, that's what you

21    suspected?

22    **A.**  That's what I suspected, yes.

23    **Q.**  And did you -- Is that suspicion you had based on

24    his non-responsiveness, his statement about God and Jesus

25    Christ -- Well, let's narrow it down.  What was your

Gore Perry Reporting and Video
FAX 314-241-5070        314-241-6750        www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    suspicion based on?

2         A.   It was based on his refusal to comply.  It was

3    based on his behavior, his actions, his talking to God.

4    It was based on the fact that he was in boxer shorts when

5    the temperature was probably in the 40s and it was based

6    on the fact that he was running around at 4:30 in the

7    morning, forcing his way into other people's houses.  It

8    was based on lots of things.  Experience, training.  It

9    was based on the fact that a lot of people that I deal

10   with that act similar to him are under the influence of

11   drugs.

12        Q.   Got it.  Anything else?

13        A.   No, sir.

14        Q.   At what point did you decide to discharge your

15   TASER?

16        A.   After I had given him numerous instructions to

17   comply and stop and he had refused all of them, I then

18   activated the TASER, put my -- the laser from the TASER

19   on his chest and told him if he didn't stop, I was going

20   to taser him.

21        Q.   And how far were you at that point?

22        A.   At that point about eight feet.

23        Q.   And when you said I'm going to TASER you, did

24   that elicit any response at all?

25        A.   Yes.  He looked down -- Mr. Norman looked down at

Gore Perry Reporting and Video
FAX 314-241-5070        314-241-6750        www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    the red laser light on his chest from my TASER and he

2    said, "Bring it on.  I ain't fucking scared of that."

3        **Q.**  Did Officer Dziadosz hear that?

4        **A.**  I don't know.

5        **Q.**  How far was Officer Dziadosz from you at that

6    point?

7        **A.**  From me?  Probably -- Probably close to 20 feet.

8        **Q.**  Did you consider using any other techniques to

9    get Mr. Norman to comply with your request to get down

10   and to submit to custody?

11       **A.**  At that point, no.

12       **Q.**  Why did you decide to first consider using your

13   TASER instead of any other means available?

14       **A.**  Because I was trying to not hurt Mr. Norman.

15       **Q.**  So you felt that it would be safer to use a TASER

16   than to use a billy club or a nightstick?

17       **A.**  Absolutely.

18       **Q.**  Did you feel like you and Officer Dziadosz could

19   physically take Mr. Norman into custody without the use

20   of a TASER?

21       **A.**  I can't say that I felt that way, no.  If the

22   subject was under the influence of drugs as I suspected,

23   he could be 10 times stronger than Dziadosz and I put

24   together.

25       **Q.**  Did you recognize before you tased him that he

Gore Perry Reporting and Video
FAX 314-241-5070        314-241-6750        www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    I'm not a small guy, I'm a pretty big guy, but I've

2    almost lost a couple times, people a lot smaller than me.

3        Q.  Had you ever seen Mr. Norman before this

4    incident?  Ever seen him in Camden County?

5        A.  No.

6        Q.  You recognize him at all?

7        A.  Not that I know of.

8        Q.  And you said you've used your TASER about eight

9    to 10 times in your 16 years -- or since 2003.  Excuse

10   me.  How many times have you used your TASER since this

11   incident?

12       A.  Once.

13       Q.  Once.  All right.  So you at that -- at the

14   moment that you decided to use the TASER, it was right

15   after he said -- and what was his quote again, I don't

16   give -- I'll let you say it.  What did he say?

17       A.  He said, "Bring it on.  I ain't squared -- I

18   ain't fucking scared of that."

19       Q.  Okay.  And that's -- At that moment you decided

20   to tase him?

21       A.  Yes.

22       Q.  Okay.  And when you tased him, he was facing you

23   and walk me through what happened.

24       A.  He was facing me, but kind of moving slightly at

25   an angle, but, nevertheless, yes, I struck him in the

Gore Perry Reporting and Video
FAX 314-241-5070          314-241-6750          www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    torso with the TASER and he immediately fell to the

2    ground and began rolling around hollering and -- I don't

3    know what he was hollering.  It was unintelligible, but

4    he was hollering and I let the TASER finish its

5    predetermined five second cycle that you get when you

6    pull the trigger on the TASER.  It goes for five seconds

7    and then stops.  So he rolled around for that five

8    seconds flailing and hollering and as soon as the five

9    second cycle finished, he immediately jumped back up

10   again and --

11        Q.  Okay.  And when he jumped -- I'm sorry.  I didn't

12   mean to it cut you off.  He jumped back up onto his feet?

13        A.  Correct.

14        Q.  Okay.  And what happened then?

15        A.  I again told him several times to get back down

16   on the ground and put his hands behind his back and he

17   was under arrest, he needed to stop resisting, get back

18   down on the ground.  He did not do that.  He was not

19   compliant at all, so I squeezed the trigger on the TASER

20   and applied another five second cycle and he immediately

21   fell to the ground again and rolled around and hollered

22   and that sort of thing for the five seconds.  When that

23   five second cycle was over, he immediately jumped to his

24   feet again.

25        Q.  Okay.

Gore Perry Reporting and Video
FAX 314-241-5070          314-241-6750          www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1     **A.**   I then told him again several times to stop and
2   to get back down on the ground, to put his hands behind
3   his back and he did not comply to any of that.  So I
4   attempted to squeeze the trigger to give him another five
5   second cycle and nothing happened and it was at that
6   point that I realized that during his moving around
7   flailing and trying to go away from us that he had
8   somehow broken the wires that lead from the TASER to the
9   TASER probes that were stuck in his chest.

10    **Q.**   Okay.

11    **A.**   Once I saw --

12    **Q.**   And then what happened?

13    **A.**   Once I realized that the wires were broken, I
14  could no longer effectively use the probe, I then removed
15  the cartridge from the front of the TASER and threw it on
16  the ground and then I ran up to him and attempted to
17  drive tun him with the TASER twice in the back because he
18  was trying to run away from me.

19    **Q.**   It's using the same type of TASER, but you
20  removed the cartridge from the top and actually make
21  physical contact with the TASER to the suspect's body?

22    **A.**   Correct.

23    **Q.**   Okay.  And what happened when you touched his
24  body with the TASER?

25    **A.**   Well, I attempted to drive stun him a couple of

Gore Perry Reporting and Video
FAX 314-241-5070          314-241-6750          www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    times.  I don't know how many of those two times actually

2    made contact with him.  I'm unable -- I was unable to

3    tell because he had no reaction.  It had no effect

4    whatsoever.

5    **Q.**  What was he doing at that moment?

6    **A.**  Trying to go away, walking away from me, and

7    flailing his arms.

8    **Q.**  He did not -- And you call that -- I'm sorry --

9    dry stunning?

10    **A.**  Drive stunning.

11    **Q.**  Drive, drive stunning?

12    **A.**  Correct.

13    **Q.**  So drive stunning was not effective, in your

14    observation?

15    **A.**  That is correct.

16    **Q.**  And what did you do then?

17    **A.**  Then -- Then is when --

18    **Q.**  I'm sorry.  Let -- Hold on.  I'm sorry.  Let me

19    back up for a second.  I didn't mean to cut you off

20    there, but let me ask you this.  Was the TASER -- When

21    you were drive stunning him, was the TASER, could you

22    tell the TASER was working?  I mean, when I say working,

23    could you say -- could you tell it was operating

24    properly?

25    **A.**  When I attempted the first drive stun in his

Gore Perry Reporting and Video
FAX 314-241-5070    314-241-6750    www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    upper left shoulder blade area, yeah, it was working then

2    because I heard it.  When I -- I activated it before it

3    made contact with his skin and I heard the clicking,

4    popping sound it makes, the electric arc, and then I

5    pressed it to his skin.  That had no effect and then I

6    attempted to drive stun him again lower on his back and

7    that one I didn't hear or see or have any reaction out of

8    him, so I don't know if it actually worked or not.

9        Q.  Okay.  And was it at that moment he started to

10    move away from you?

11        A.  He was already moving away from me at the time.

12        Q.  Okay.

13        A.  He just continued to move away from me.

14        Q.  Was he running at that point?

15        A.  No.  He was just walking fast.

16        Q.  Okay.  And was he speaking at all?

17        A.  Nothing intelligible that I know of.

18        Q.  And what was Officer Dziadosz doing while you

19    were drive stunning him, drive stunning Mr. Norman?

20        A.  At that point just observing.  He was kind of

21    standing there.

22        Q.  He had not discharged his TASER at any point?

23        A.  No, sir.

24        Q.  So when Mr. Norman was moving away from you and

25    the drive stunning was not effective, what did you do

Gore Perry Reporting and Video
FAX 314-241-5070      314-241-6750      www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    then?

2        **A.**  I told him a couple more times or so to get on

3    the ground and to stop and stop resisting.  To which he

4    did not comply.  He continued to move away from me,

5    flailing his arms and kind of swinging at me.  He was

6    swinging backwards as he was moving away, so I don't know

7    if he was just flailing his arms or if he was actually

8    trying to strike me or what, but at that point I used my

9    flashlight and I struck him in his right rear calf with

10   my flashlight in an effort to bring him down to the

11   ground.

12       **Q.**  Now -- and just so I don't forget to ask, did you

13   ever at any point observe Mr. Norman having any type of

14   weapon whatsoever?

15       **A.**  No, sir.

16       **Q.**  Anything that could be used as a weapon?

17       **A.**  No, sir.

18       **Q.**  So you struck the back of his calf with your

19   flashlight.  What did he do then?

20       **A.**  Nothing.  He continued to walk away just like

21   before.

22       **Q.**  And then what happened?

23       **A.**  I struck him in the calf, the right rear calf

24   again with the flashlight.

25       **Q.**  And what was his response?

cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    **A.**   None.  He continued to walk away.  He didn't say

2    or do anything.

3    **Q.**   And then what happened?

4    **A.**   Well, I determined that the TASER was not

5    effective, that hitting him with the flashlight was not

6    effective and so, basically, I just jumped on him.

7    **Q.**   Jumped on his back?

8    **A.**   Yeah.  I jumped on him and manhandled him to try

9    and wrestle him to the ground and Deputy Dziadosz then

10   helped and kind of helped manhandle him, too.  We both

11   laid hands on him.

12   **Q.**   How much time had elapsed, approximately, before

13   -- from the point that you saw Mr. Norman until you first

14   discharged your TASER?

15   **A.**   Probably one to two minutes.

16   **Q.**   When you jumped on his back, were you in the

17   street, on the sidewalk, or in the grass?

18   **A.**   We were in the grass.

19   **Q.**   So you jumped on his back.  Did he immediately

20   come down to the ground?

21   **A.**   No.  He wrestled away, pulled away and was still

22   flailing his arms and trying to move away from us.  Not

23   running, but trying to trying to get away.

24   **Q.**   Was he speaking at any point when you -- after

25   you jumped on him?

1    **A.**   Nothing that I heard that was intelligible, no.

2    He was doing a lot of growling still.

3    **Q.**   And mumbling and things that you couldn't make

4    out?

5    **A.**   Correct.

6    **Q.**   So he was able to wrestle away from you and Mr.

7    -- and Officer Dziadosz, correct?

8    **A.**   Correct.

9    **Q.**   And what did you do then?

10   **A.**   He then lost his balance and fell down on the

11   ground and --

12   **Q.**   Okay.

13   **A.**   And when he did, I went to the ground with him

14   and got him facedown and got on top of him and I sat on

15   his butt.

16   **Q.**   You sat on his butt with your butt?

17   **A.**   Yes.

18   **Q.**   Okay.  And what was Officer Dziadosz doing at

19   that point?

20   **A.**   Dziadosz ran around to Norman's left side and my

21   left side and tried to -- was trying to get Norman's left

22   arm out from under him.  He had both of his arms

23   underneath him and wouldn't give them to us so that we

24   could handcuff him.  Deputy Dziadosz was trying to get

25   the left arm out from under him.

Gore Perry Reporting and Video
FAX 314-241-5070          314-241-6750          www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    sometimes your arm, correct?

2        **A.**   Correct.

3        **Q.**   Any other techniques that you were using?

4        **A.**   No.

5        **Q.**   So you never used the prone position technique?

6        **A.**   No.

7        **Q.**   You never took your knee and applied it to any

8    part of his back while he was facing down?

9        **A.**   No.

10       **Q.**   Before or after he was handcuffed?

11       **A.**   No, sir.

12       **Q.**   Okay.  So you're still sitting on his butt and

13   you don't have his arms yet.  What happened then?

14       **A.**   Well, after struggling with him like that for I

15   don't know how long it was, maybe a minute or two or

16   something, we kept telling him to give us his hands so we

17   could handcuff him and to stop resisting.  We said those

18   kind of things numerous times.  He maintained keeping his

19   arms underneath him and then the next thing of any

20   significance that happened other than that was all of a

21   sudden he did a pushup with me on top of him, and by that

22   I mean he extended both arms completely straight and

23   locked his elbows and did a pushup with me on top of him

24   and he was trying to get up and I was trying to push him

25   back down and Dziadosz was pushing down on his back with

1    his hands trying to push him back down and neither one of

2    us could push him back down to the ground.

3        Q.   So then what happened?

4        A.   That's when I struck him in the right elbow with

5    my flashlight, trying to break his arm.

6        Q.   Was that your intent, was to break his arm?

7        A.   Yes, sir, it was.

8        Q.   And when you say break, you mean like break the

9    bone?

10       A.   Yes, sir.

11       Q.   Okay.  Is that a technique that the department

12   endorses?

13       A.   If necessary, yeah.  Uh-huh.

14       Q.   And why did you feel it was necessary to attempt

15   to try to break his right arm at that point?

16       A.   Because I was running out of options on how to

17   get him under control and I didn't want to have to kill

18   him.

19       Q.   Okay.  Had he struck you before you used your

20   flashlight to hit his right arm?

21       A.   No, he had not.

22       Q.   Had he struck Officer Dziadosz?

23       A.   No, sir.

24       Q.   So you used the flashlight and struck his right

25   elbow?

Gore Perry Reporting and Video
FAX 314-241-5070          314-241-6750          www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    **A.**  Yes.

2    **Q.**  And what happened?

3    **A.**  Nothing.

4    **Q.**  He didn't -- His arm was still locked?

5    **A.**  Yes, sir.

6    **Q.**  Still in the pushup position?

7    **A.**  That's correct.  It had no effect.

8    **Q.**  And then what happened?

9    **A.**  Basically, we just continued struggling with him

10   for another few seconds and kind of eventually got him

11   facedown on the ground again.  I worked pulling his arm

12   trying to pull it out from under him and make him lose

13   his balance on his arms to where he could fall face first

14   back into the ground and that's eventually what we got

15   accomplished and then --

16   **Q.**  While you were struggling though to put handcuffs

17   on him, were there any other officers on the scene at

18   that point besides you and Officer Dziadosz?

19   **A.**  About that time is when Deputy Watson arrived.

20   **Q.**  And what did Officer Watson do?

21   **A.**  She came over and assisted trying to get that

22   right arm around to me so I could cuff it while Deputy

23   Dziadosz was continuing to try and get the left one.  And

24   she placed her right knee on his back in order to help

25   keep him down on the ground and we struggled with him

1    like that for not very long then probably another 30 to

2    60 seconds and we had his wrists in handcuffs.  I had to

3    put the left wrist in one set of handcuffs and the right

4    wrist in a different set of handcuffs because I couldn't

5    get his hands close enough together to use one pair, so I

6    used two pairs and then cuffed the two pairs of handcuffs

7    together.

8        Q.   Have you ever done that before?

9        A.   Only on large individuals where their arms just

10   physically would not go back that far, but with him it's

11   just because we didn't have the strength to get his that

12   close together.  He was just stronger than we were.

13       Q.   Okay.

14       A.   He was smaller, but we couldn't get them

15   together.

16       Q.   Did you -- Besides striking his right arm with

17   your flashlight and his calf -- Was it his left calf you

18   said?

19       A.   His right calf.

20       Q.   Right calf?  You struck his right calf and you

21   struck his right arm with your flashlight.  Did you

22   strike any other part of his body with your flashlight at

23   any other point in time?

24       A.   No, sir.

25       Q.   Did you ever use your nightstick or billy club?

Gore Perry Reporting and Video
FAX 314-241-5070        314-241-6750        www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    walking, that kind of swinging?

2        **A.**   Not like walking.

3        **Q.**   So his arms were more fully extended like a wing

4    span type of swing?

5        **A.**   Yes.

6        **Q.**   Were they going up in the air or out to the

7    sides, above his head?

8        **A.**   All the above.

9        **Q.**   All those directions?

10       **A.**   All of the above.

11       **Q.**   What did -- After you were finally able to

12   handcuff him, what happened?  Immediately -- Immediately

13   after getting him handcuffed, what walk me through what

14   happened.

15       **A.**   Okay.  As soon as I got the handcuffs applied to

16   where I knew he was secure, I immediately raised up off

17   of him and stood up and Deputy Dziadosz I believe

18   immediately stood up.  Deputy Watson remained knelt down

19   with one knee on the ground and one knee on his back for

20   about one or two more minutes until he stopped trying to

21   get up and stop struggling and that sort of thing, until

22   he calmed down.

23       **Q.**   Did Mr. Norman, once you stood up after you

24   handcuffed him, as soon as you stood up did he -- was he

25   saying anything?  Was he still mumbling?  Was he still

Gore Perry Reporting and Video
FAX 314-241-5070          314-241-6760          www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    Q.  Was it muddy?

2    A.  No, not really.  Maybe a little bit because of

3   the grass being damp or something, but not necessarily.

4    Q.  So Officer Dziadosz said, and Officer Watson,

5   that Mr. Norman was breathing and when they told you

6   that, what did you do then?

7    A.  Like I said, I walked over towards the tall grass

8   to start looking for my TASER, cartridge tray I needed to

9   recover because it was evidence, but I also then removed

10  my walkie-talkie and told our dispatch to start an

11  ambulance to our location.

12   Q.  And why did you think an ambulance was necessary?

13   A.  Well, I didn't really know that it was necessary,

14  but as a safety precaution, I wanted them to check Mr.

15  Norman just to make sure that he wasn't hurt from

16  resisting with us during our struggle.  He had been

17  tasered.  He had been hit in the elbow.  He had been hit

18  in the calf.  He had struggled with us and rolled around

19  and the RP, the reporting party, apparently had punched

20  him before we ever got there, so I just wanted to make

21  sure he was okay, he didn't have anything wrong with him

22  that I didn't know about or of any significance.

23   Q.  Okay.  So made a phone call to get an ambulance

24  on the scene.  Then what happened?

25   A.  Oh, it was a call on my walkie-talkie.  I just

Gore Perry Reporting and Video
FAX 314-241-5070          314-241-6750          www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc

1    Q.  But would you agree that the policies, rules, and

2  procedures that are in place in Camden County is for

3  safety?

4    A.  Yes.

5    Q.  Safety of both officers and citizens?

6    A.  Yes.

7    Q.  If Camden County had a policy about dealing with

8  emotionally disturbed persons, would you follow that?

9    A.  Of course.

10    Q.  And why is that?

11    A.  Because like any other policy, I would follow it

12  as best I could all the time, as long as I was able,

13  sure.

14    **MR. KEANE:**  All right.  I don't think I have any

15  other questions.

16    **MR. HENSON:**  We don't have any questions, Ryan,

17  but we will read and sign.

18    **THE VIDEOGRAPHER:**  This concludes the deposition.

19  We're off the record at 1:43.  Thank you, all.

20                              (Witness excused.)

21

22

23

24

25

1    Comes now the witness, Sergeant Brian Fiene,

2    and having read the foregoing transcript

3    of the deposition taken on 10/21/2013,

4    acknowledges by signature hereto that it is a

5    true and accurate transcript of the testimony given

6    on the date hereinabove mentioned.

7

8

9    _____

10   Sergeant Brian Fiene

11

12   Subscribed and sworn to me before this

13   __6__ day of _December_____ ,20_13_ .

14   My Commission expires _5/16/2017_

15

16

17   _____

18   Notary Public

19

20

21

22

23

24

25

CONSTANCE E THOMPSON
Notary Public, Notary Seal
State of Missouri
Camden County
Commission # 13483084
My Commission Expires May 16, 2017

Gore Perry Reporting and Video
FAX 314-241-5070        314-241-6750        www.goreperry.com
cb55b2a8-1753-4dc4-8ba0-f45f04caa5dc