UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

SPENCER NORMAN, KEIFER
NORMAN, COURTNEY NORMAN,
HELEN S NORMAN

CAUSE NO. 2:12-CV-04210

Plaintiffs,

Vs

CAMDEN COUNTY, et al.

Defendants

## PLAINTIFFS' RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESSES

COME NOW Plaintiffs, by and through undersigned counsel, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, and disclose the following expert witnesses:

1. Plaintiffs may call Ronald L. O'Halloran, M.D. who may testify as to the liability and negligence of the defendants and the nature and cause of the Decedent Glenn David Norman's fatal injuries. Dr. O'Halloran's C.V. and those materials required by Rule 26(a)(2) of the Federal Rules of Civil Procedure are attached hereto as Exhibit 1.

2. Plaintiffs may call Michael Leonesio, who may testify as to the liability and negligence of the defendants and the nature and cause of the Decedent Glenn David Norman's fatal injuries. Michael Leonesio's C.V. and those materials required by Rule 26(a)(2) of the Federal Rules of Civil Procedure are attached hereto as Exhibit 2.

3. Plaintiffs reserve the right to elicit opinion testimony from any of the Decedent Glenn David Norman's health care providers and/or the medical personnel who investigated the



Exhibit Q

death of Glenn David Norman, all of whom may provide testimony as to the cause and nature of Decedent Glenn David Norman's fatal injuries, including, but not limited to:

    i. Mercy Hospital Springfield EMS personnel: who may testify as to the nature of Decedent Glenn David Norman's fatal injuries, the necessity of medical treatment and the necessity of the medical bills.

    ii. Douglas Miller, M.D., PhD, Neuropatholoigst, University of Missouri School of Medicine: who may testify as to the nature and cause of the Decedent Glenn David Norman's fatal injuries.

    iii. Carl Christopher Stacy, M.D., Medical Examiner: who may testify as to the nature and cause of the Decedent Glenn David Norman's fatal injuries.

    iv. James Jungels, D.O., Camden County Coroner: who may testify as to the nature and cause of the Decedent Glenn David Norman's fatal injuries.

    v. Elena Ladich, M.D., Staff Pathologist, CVPath Institute, Inc., who may testify as to the nature and cause of the Decedent Glenn David Norman's fatal injuries.

4. Plaintiffs reserve the right to elicit opinion testimony from any person designated by Defendants as an expert, as well as, any employees or agents of Defendants.

                          **THE SIMON LAW FIRM, P.C.**

                          /s/ Kevin M. Carnie, Jr.
By:    John G. Simon, #35321MO
        Kevin M. Carnie Jr., #60979MO
        800 Market Street, Suite 1700
        St. Louis, MO 63101
        Telephone: 314-241-2929

Facsimile: 314-241-2029
jsimon@simonlawpc.com
kcarnie@simonlawpc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent this 24th day of April, 2013, to the following attorneys of record by:

__X__ United States mail, postage pre-paid;
_____ facsimile transmission; or
__X__ electronic mail.

D. Keith Henson
Paule, Camazine & Blumenthal, PC
165 North Meramec Ave., Suite 110
St. Louis, MO 63105-3772
314-727-2266
314-727-2101 (fax)
khenson@pcblawfirm.com
*Attorney for Defendants Camden County,
Brian D. Fiene, and Dwight D. Franklin*

/s/Kevin M. Carnie, Jr.