ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

CENTRAL DIVISION

SPENCER NORMAN, KIEFER NORMAN, )
COURTNEY NORMAN and HELEN S. )
NORMAN, )
)
              Plaintiffs, )
) CASE NO.
     vs. ) 2:12-CV-04210-NKL
)
CAMDEN COUNTY, BRIAN D. FIENE, )
DWIGHT D. FRANKLIN, RICHARD B. )
DZIADOSZ, LARRY L. RUTHERFORD, )
and JAMEE L. WATSON, )
)
             Defendants. )
------------------------------

DEPOSITION OF RONALD O'HALLORAN, M.D.

LOS ANGELES, CALIFORNIA.

FRIDAY, JUNE 14, 2013

REPORTED BY:
JANALEE WHITACRE
CSR NO. 12223

Exhibit
R



L.A. Reporters
(800) 675-9700    www.LAReporters.com  L.A. Reporters

```
 1            LOS ANGELES, CALIFORNIA, FRIDAY, JUNE 14, 2013
 2                              9:26 A.M.
 3
 4
 5                    RONALD O'HALLORAN, M.D.,
 6               having been first duly sworn, was
 7               examined and testified as follows:
 8
 9                            EXAMINATION
10  BY MR. HENSON:
11      Q.   Doctor, would you please state your full name
12  and address for the record.
13      A.   Sure.  First name is Ronald, middle Louis,
14  L-o-u-i-s, and the last, O'Halloran.
15      Q.   And where do you reside, Doctor?
16      A.   In Ventura, California.
17      Q.   And it is correct that you are a doctor; is
18  that right?
19      A.   That's right.
20      Q.   All right.  And you are a medical doctor?
21      A.   Yes.
22      Q.   All right.  You understand, Dr. O'Halloran --
23  and am I saying that correct?
24      A.   Yes, O'Halloran, um-hum.
25      Q.   Okay.
```

1  about earlier.
2    Q.  But generally speaking, as you put in your
3  report, if somebody is shocked with a Taser of any kind,
4  if they are going to have a ventricular fibrillation in
5  their heart that caused arrhythmia, it generally happens
6  pretty quickly, correct?
7    A.  If the argument is or point you're trying to
8  make is that he died -- if you try to make the point
9  that the person died from the electrical shock, yes,
10 then the sudden death has to occur in close proximity to
11 the shock.  If you're saying that the Taser affected the
12 stress level of the person and that stress precipitated
13 the death, then it doesn't have to be such a close
14 temporal association.
15   Q.  Do you have any belief, after your review of
16 these records, that the Taser caused Mr. Norman's death?
17   A.  No, I don't.
18   Q.  And in fact, I'll just read from your report.
19 On page 13, you said in this last paragraph, and I'll
20 read your words:  "Finally, shocks from the Taser gun
21 probably did not cause death."  Is that what you wrote?
22   A.  Yes, I think so.
23   Q.  Have you ever done an autopsy where you found
24 the cause of death to be shocks from a Taser?
25   A.  Not personally I didn't, no.