# EXHIBIT LIST

**Exhibit 1 –** Taser Records, Camden County 00084-00100

**Exhibit 2 –** Deposition of William Durant, July 2, 2013

**Exhibit 3 –** Deposition of Jamee Rugen, October 2, 2013

**Exhibit 4 –** Deposition of Brian Fiene, October 21, 2013

**Exhibit 5 –** Deposition of Ronald O'Halloran, M.D., June 14, 2013

**Exhibit 6 –** Ronald O'Halloran, M.D. Expert Report

**Exhibit 7 –** Deposition of Carl Stacy, M.D., August 16, 2013

**Exhibit 8 –** Deposition of Richard Dziadosz, September 24, 2013

**Exhibit 9 –** Missouri State Highway Patrol Interview of Richard Dziadosz, October 4, 2011

**Exhibit 10** – Jamee Watson, Use of Force Supplement, October 4, 2011

**Exhibit 11** – Deposition of Dwight Franklin, October 10, 2013

**Exhibit 12 –** Dwight Franklin Deposition Exhibit 2

**Exhibit 13 –** Dwight Franklin Deposition Exhibit 4

**Exhibit 14** – Deposition of John Peters, Jr., Ph.D., August 29, 2013

**Exhibit 15** – Nat'l Law Enforcement Tech. Ctr., U.S. Dep't of Justice, Positional Asphyxia—Sudden Death (1995)