

TASER
PROTECT LIFE

| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | *X00-201960* | Name | *Tony Helms* |
| Model # | *X26* | Dept | *Camden* |
| X26 Software Version | *20* | Rank | *Capt* |
| Dataport CD Version | *17.9* | Windows Version | *Windows XP* |
| Record Date Range | *All Data* | Report Generated | *10/04/11 11:35:12 (local)* |
| Computer Time Zone | *Central Standard Time *DST* | | |
| Using Daylight Savings Time | *Yes* | | |

Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 09/01/11 00:06:56 | 08/31/11 19:06:56 | 5 | 33 | 99 |
| 0002 | 09/21/11 00:29:32 | 09/20/11 19:29:32 | 5 | 28 | 99 |
| 0003 | 10/04/11 08:49:50 | 10/04/11 03:49:50 | 5 | 25 | 98 |
| 0004 | 10/04/11 08:49:58 | 10/04/11 03:49:58 | 5 | 25 | 98 |
| 0005 | 10/04/11 08:50:05 | 10/04/11 03:50:05 | 5 | 26 | 98 |
| 0006 | 10/04/11 08:50:23 | 10/04/11 03:50:23 | 7 | 26 | 97 |
| 0007 | 10/04/11 08:50:29 | 10/04/11 03:50:29 | 6 | 26 | 97 |
| 0008 | 10/04/11 08:50:36 | 10/04/11 03:50:36 | 7 | 26 | 96 |
| 0009 | 10/04/11 08:50:44 | 10/04/11 03:50:44 | 8 | 26 | 96 |
| 0010 | 10/04/11 08:50:50 | 10/04/11 03:50:50 | 5 | 26 | 95 |
| 0011 | 10/04/11 08:50:59 | 10/04/11 03:50:59 | 6 | 27 | 95 |
| 0012 | 10/04/11 08:51:04 | 10/04/11 03:51:04 | 5 | 27 | 95 |
| 0013 | 10/04/11 08:51:11 | 10/04/11 03:51:11 | 5 | 27 | 94 |
| 0014 | 10/04/11 08:51:35 | 10/04/11 03:51:35 | 5 | 28 | 94 |

EXHIBIT
1

| | | | | | |
|---|---|---|---|---|---|
| 0015 | 10/04/11 08:51:41 | 10/04/11 03:51:41 | 5 | 28 | 93 |
| 0016 | 10/04/11 08:51:47 | 10/04/11 03:51:47 | 5 | 28 | 93 |
| 0017 | 10/04/11 08:52:06 | 10/04/11 03:52:06 | 5 | 28 | 93 |
| 0018 | 10/04/11 15:47:30 | 10/04/11 10:47:30 | Old Time | | |
| 0019 | 10/04/11 16:34:51 | 10/04/11 11:34:51 | New Time | | |
| 0020 | 08/26/06 15:16:44 | 08/26/06 10:16:44 | 5 | 30 | 80 |
| 0021 | 08/26/06 15:19:17 | 08/26/06 10:19:17 | 5 | 31 | 79 |
| 0022 | 08/26/06 15:20:56 | 08/26/06 10:20:56 | 5 | 31 | 79 |
| 0023 | 08/26/06 15:22:31 | 08/26/06 10:22:31 | 5 | 32 | 78 |
| 0024 | 08/26/06 15:24:25 | 08/26/06 10:24:25 | 5 | 32 | 77 |
| 0025 | 08/26/06 15:26:07 | 08/26/06 10:26:07 | 5 | 31 | 77 |
| 0026 | 08/26/06 15:27:32 | 08/26/06 10:27:32 | 5 | 32 | 76 |
| 0027 | 08/26/06 15:29:11 | 08/26/06 10:29:11 | 5 | 32 | 76 |
| 0028 | 08/26/06 15:30:33 | 08/26/06 10:30:33 | 5 | 32 | 75 |
| 0029 | 08/26/06 15:31:39 | 08/26/06 10:31:39 | 2 | 31 | 74 |
| 0030 | 08/26/06 15:32:41 | 08/26/06 10:32:41 | 2 | 31 | 74 |
| 0031 | 08/26/06 15:33:17 | 08/26/06 10:33:17 | 2 | 31 | 74 |
| 0032 | 08/26/06 20:00:37 | 08/26/06 15:00:37 | 5 | 29 | 73 |
| 0033 | 08/26/06 20:04:38 | 08/26/06 15:04:38 | 2 | 31 | 72 |
| 0034 | 08/26/06 20:04:44 | 08/26/06 15:04:44 | 2 | 31 | 72 |
| 0035 | 08/26/06 20:04:57 | 08/26/06 15:04:57 | 2 | 30 | 72 |
| 0036 | 08/26/06 20:05:03 | 08/26/06 15:05:03 | 4 | 31 | 72 |
| 0037 | 08/28/06 16:01:18 | 08/28/06 11:01:18 | 1 | 23 | 70 |
| 0038 | 08/29/06 14:40:59 | 08/29/06 09:40:59 | 1 | 23 | 70 |
| 0039 | 09/01/06 01:42:17 | 08/31/06 20:42:17 | 5 | 28 | 98 |
| 0040 | 09/01/06 01:42:25 | 08/31/06 20:42:25 | 5 | 29 | 98 |
| 0041 | 09/03/06 12:56:21 | 09/03/06 07:56:21 | 1 | 23 | 98 |
| 0042 | 09/09/06 15:19:50 | 09/09/06 10:19:50 | 4 | 26 | 94 |
| 0043 | 09/09/06 15:20:41 | 09/09/06 10:20:41 | 5 | 27 | 94 |
| 0044 | 09/09/06 15:20:46 | 09/09/06 10:20:46 | 3 | 27 | 93 |

| | | | | | |
|---|---|---|---|---|---|
| 0045 | 09/09/06 15:21:42 | 09/09/06 10:21:42 | 4 | 28 | 93 |
| 0046 | 09/09/06 15:23:59 | 09/09/06 10:23:59 | 5 | 28 | 93 |
| 0047 | 09/09/06 15:26:57 | 09/09/06 10:26:57 | 4 | 29 | 92 |
| 0048 | 09/09/06 15:29:33 | 09/09/06 10:29:33 | 2 | 30 | 92 |
| 0049 | 09/09/06 15:29:45 | 09/09/06 10:29:45 | 2 | 30 | 92 |
| 0050 | 09/09/06 18:18:53 | 09/09/06 13:18:53 | 4 | 24 | 92 |
| 0051 | 09/09/06 18:19:04 | 09/09/06 13:19:04 | 4 | 25 | 91 |
| 0052 | 09/09/06 19:10:25 | 09/09/06 14:10:25 | 3 | 25 | 91 |
| 0053 | 09/09/06 19:49:44 | 09/09/06 14:49:44 | 1 | 26 | 91 |
| 0054 | 09/11/06 14:38:17 | 09/11/06 09:38:17 | 1 | 28 | 90 |
| 0055 | 09/14/06 15:35:20 | 09/14/06 10:35:20 | 1 | 25 | 89 |
| 0056 | 09/14/06 15:35:39 | 09/14/06 10:35:39 | 1 | 26 | 89 |
| 0057 | 09/14/06 15:36:58 | 09/14/06 10:36:58 | 1 | 26 | 88 |
| 0058 | 09/14/06 15:45:43 | 09/14/06 10:45:43 | 4 | 29 | 88 |
| 0059 | 09/14/06 15:46:32 | 09/14/06 10:46:32 | 3 | 29 | 88 |
| 0060 | 09/14/06 15:46:47 | 09/14/06 10:46:47 | 5 | 30 | 88 |
| 0061 | 09/14/06 15:47:27 | 09/14/06 10:47:27 | 4 | 30 | 87 |
| 0062 | 09/14/06 15:48:15 | 09/14/06 10:48:15 | 4 | 31 | 87 |
| 0063 | 09/14/06 15:49:26 | 09/14/06 10:49:26 | 5 | 31 | 87 |
| 0064 | 09/14/06 19:30:40 | 09/14/06 14:30:40 | 1 | 28 | 99 |
| 0065 | 09/14/06 19:31:44 | 09/14/06 14:31:44 | 3 | 27 | 99 |
| 0066 | 09/14/06 20:10:46 | 09/14/06 15:10:46 | 5 | 27 | 99 |
| 0067 | 09/14/06 20:11:11 | 09/14/06 15:11:11 | 3 | 28 | 99 |
| 0068 | 09/14/06 20:11:24 | 09/14/06 15:11:24 | 4 | 28 | 98 |
| 0069 | 09/14/06 20:11:34 | 09/14/06 15:11:34 | 3 | 28 | 98 |
| 0070 | 09/14/06 20:11:46 | 09/14/06 15:11:46 | 3 | 29 | 98 |
| 0071 | 09/14/06 20:11:57 | 09/14/06 15:11:57 | 5 | 29 | 98 |
| 0072 | 09/14/06 20:12:04 | 09/14/06 15:12:04 | 5 | 30 | 97 |
| 0073 | 09/14/06 20:12:11 | 09/14/06 15:12:11 | 4 | 30 | 97 |
| 0074 | 09/21/06 15:25:56 | 09/21/06 10:25:56 | 5 | 26 | 94 |

| | | | | | |
|---|---|---|---|---|---|
| | 09/21/06 15:27:28 | 09/21/06 10:27:28 | 5 | 27 | 94 |
| 0076 | 09/21/06 15:29:38 | 09/21/06 10:29:38 | 5 | 28 | 93 |
| 0077 | 09/21/06 15:30:55 | 09/21/06 10:30:55 | 5 | 29 | 93 |
| 0078 | 09/21/06 15:32:44 | 09/21/06 10:32:44 | 5 | 30 | 92 |
| 0079 | 09/21/06 15:34:58 | 09/21/06 10:34:58 | 3 | 30 | 92 |
| 0080 | 09/21/06 15:35:12 | 09/21/06 10:35:12 | 5 | 31 | 91 |
| 0081 | 09/21/06 15:35:30 | 09/21/06 10:35:30 | 4 | 31 | 91 |
| 0082 | 09/21/06 15:37:09 | 09/21/06 10:37:09 | 2 | 31 | 90 |
| 0083 | 09/21/06 18:16:50 | 09/21/06 13:16:50 | 1 | 27 | 90 |
| 0084 | 09/21/06 20:13:37 | 09/21/06 15:13:37 | 1 | 25 | 99 |
| 0085 | 09/21/06 20:20:52 | 09/21/06 15:20:52 | 1 | 25 | 99 |
| 0086 | 09/21/06 20:21:06 | 09/21/06 15:21:06 | 1 | 26 | 99 |
| 0087 | 09/21/06 20:26:20 | 09/21/06 15:26:20 | 5 | 26 | 99 |
| 0088 | 09/21/06 21:08:20 | 09/21/06 16:08:20 | 3 | 26 | 97 |
| 0089 | 09/21/06 21:08:31 | 09/21/06 16:08:31 | 2 | 26 | 97 |
| 0090 | 09/21/06 21:08:42 | 09/21/06 16:08:42 | 2 | 26 | 97 |
| 0091 | 09/21/06 21:08:49 | 09/21/06 16:08:49 | 2 | 27 | 97 |
| 0092 | 09/21/06 21:09:17 | 09/21/06 16:09:17 | 2 | 27 | 97 |
| 0093 | 09/21/06 21:09:30 | 09/21/06 16:09:30 | 2 | 27 | 97 |
| 0094 | 09/21/06 21:09:36 | 09/21/06 16:09:36 | 1 | 27 | 97 |
| 0095 | 09/21/06 21:09:42 | 09/21/06 16:09:42 | 1 | 27 | 97 |
| 0096 | 09/21/06 21:09:53 | 09/21/06 16:09:53 | 6 | 28 | 97 |
| 0097 | 09/21/06 21:10:31 | 09/21/06 16:10:31 | 3 | 28 | 96 |
| 0098 | 09/21/06 21:10:48 | 09/21/06 16:10:48 | 3 | 28 | 96 |
| 0099 | 09/21/06 21:11:00 | 09/21/06 16:11:00 | 2 | 28 | 96 |
| 0100 | 09/21/06 21:11:10 | 09/21/06 16:11:10 | 2 | 28 | 96 |
| 0101 | 09/21/06 21:11:18 | 09/21/06 16:11:18 | 2 | 29 | 96 |
| 0102 | 09/21/06 21:11:33 | 09/21/06 16:11:33 | 5 | 29 | 95 |
| 0103 | 09/21/06 21:12:03 | 09/21/06 16:12:03 | 2 | 29 | 95 |
| 0104 | 09/21/06 21:12:14 | 09/21/06 16:12:14 | 2 | 29 | 95 |

| | | | | | |
|---|---|---|---|---|---|
| | 09/21/06 21:12:20 | 09/21/06 16:12:20 | 1 | 29 | 95 |
| 0106 | 09/21/06 21:12:26 | 09/21/06 16:12:26 | 1 | 29 | 95 |
| 0107 | 09/21/06 21:12:33 | 09/21/06 16:12:33 | 1 | 29 | 95 |
| 0108 | 09/21/06 21:12:39 | 09/21/06 16:12:39 | 1 | 29 | 94 |
| 0109 | 09/21/06 21:12:47 | 09/21/06 16:12:47 | 3 | 30 | 94 |
| 0110 | 09/21/06 21:12:59 | 09/21/06 16:12:59 | 5 | 30 | 94 |
| 0111 | 09/21/06 21:13:18 | 09/21/06 16:13:18 | 1 | 29 | 94 |
| 0112 | 09/21/06 21:13:29 | 09/21/06 16:13:29 | 1 | 29 | 94 |
| 0113 | 09/21/06 21:13:34 | 09/21/06 16:13:34 | 1 | 29 | 94 |
| 0114 | 09/21/06 21:13:40 | 09/21/06 16:13:40 | 1 | 29 | 94 |
| 0115 | 09/21/06 21:13:47 | 09/21/06 16:13:47 | 1 | 29 | 93 |
| 0116 | 09/21/06 21:13:59 | 09/21/06 16:13:59 | 5 | 30 | 93 |
| 0117 | 09/24/06 06:02:05 | 09/24/06 01:02:05 | 5 | 27 | 92 |
| 0118 | 09/24/06 06:09:16 | 09/24/06 01:09:16 | 4 | 28 | 92 |
| 0119 | 10/12/06 12:01:49 | 10/12/06 07:01:49 | 1 | 29 | 85 |
| 0120 | 10/12/06 18:02:29 | 10/12/06 13:02:29 | 5 | 21 | 85 |
| 0121 | 10/12/06 18:02:35 | 10/12/06 13:02:35 | 5 | 21 | 84 |
| 0122 | 10/13/06 23:08:17 | 10/13/06 18:08:17 | 1 | 26 | 84 |
| 0123 | 10/15/06 12:37:27 | 10/15/06 07:37:27 | 1 | 24 | 83 |
| 0124 | 10/21/06 06:59:19 | 10/21/06 01:59:19 | 5 | 24 | 81 |
| 0125 | 10/21/06 06:59:35 | 10/21/06 01:59:35 | 5 | 25 | 80 |
| 0126 | 10/21/06 13:15:22 | 10/21/06 08:15:22 | 5 | 29 | 79 |
| 0127 | 11/02/06 19:58:17 | 11/02/06 14:58:17 | 1 | 30 | 96 |
| 0128 | 11/26/06 23:39:45 | 11/26/06 17:39:45 | 1 | 26 | 90 |
| 0129 | 12/01/06 04:20:03 | 11/30/06 22:20:03 | 1 | 25 | 88 |
| 0130 | 12/10/06 13:46:46 | 12/10/06 07:46:46 | 1 | 25 | 85 |
| 0131 | 12/16/06 14:49:13 | 12/16/06 08:49:13 | 1 | 25 | 83 |
| 0132 | 12/16/06 15:43:04 | 12/16/06 09:43:04 | 1 | 25 | 83 |
| 0133 | 12/16/06 15:45:18 | 12/16/06 09:45:18 | 1 | 28 | 83 |
| 0134 | 12/16/06 15:52:36 | 12/16/06 09:52:36 | 2 | 27 | 83 |

| | | | | | |
|---|---|---|---|---|---|
| | 12/16/06 15:53:27 | 12/16/06 09:53:27 | 4 | 27 | 82 |
| 0136 | 12/16/06 15:54:39 | 12/16/06 09:54:39 | 4 | 28 | 82 |
| 0137 | 12/16/06 15:56:26 | 12/16/06 09:56:26 | 3 | 28 | 82 |
| 0138 | 12/16/06 15:57:37 | 12/16/06 09:57:37 | 5 | 28 | 81 |
| 0139 | 12/16/06 16:00:35 | 12/16/06 10:00:35 | 5 | 28 | 81 |
| 0140 | 12/16/06 16:02:07 | 12/16/06 10:02:07 | 5 | 28 | 80 |
| 0141 | 12/16/06 16:03:36 | 12/16/06 10:03:36 | 5 | 28 | 80 |
| 0142 | 12/16/06 16:04:51 | 12/16/06 10:04:51 | 5 | 29 | 79 |
| 0143 | 12/16/06 16:07:16 | 12/16/06 10:07:16 | 5 | 29 | 79 |
| 0144 | 12/16/06 16:21:50 | 12/16/06 10:21:50 | 3 | 28 | 78 |
| 0145 | 12/16/06 16:34:53 | 12/16/06 10:34:53 | 5 | 28 | 78 |
| 0146 | 12/16/06 18:10:21 | 12/16/06 12:10:21 | 2 | 27 | 77 |
| 0147 | 01/01/07 06:27:56 | 01/01/07 00:27:56 | 5 | 24 | 94 |
| 0148 | 01/01/07 06:28:03 | 01/01/07 00:28:03 | 5 | 25 | 94 |
| 0149 | 01/01/07 06:28:09 | 01/01/07 00:28:09 | 5 | 25 | 93 |
| 0150 | 01/01/07 06:28:19 | 01/01/07 00:28:19 | 4 | 25 | 93 |
| 0151 | 01/01/07 06:28:54 | 01/01/07 00:28:54 | 2 | 25 | 93 |
| 0152 | 01/08/07 16:39:58 | 01/08/07 10:39:58 | 1 | 25 | 95 |
| 0153 | 01/08/07 16:40:37 | 01/08/07 10:40:37 | 2 | 25 | 95 |
| 0154 | 01/27/07 13:05:14 | 01/27/07 07:05:14 | 1 | 24 | 94 |
| 0155 | 01/27/07 16:01:57 | 01/27/07 10:01:57 | 5 | 27 | 94 |
| 0156 | 01/27/07 16:04:09 | 01/27/07 10:04:09 | 5 | 28 | 93 |
| 0157 | 01/27/07 16:06:28 | 01/27/07 10:06:28 | 5 | 29 | 93 |
| 0158 | 01/27/07 16:08:06 | 01/27/07 10:08:06 | 5 | 30 | 92 |
| 0159 | 01/27/07 16:09:42 | 01/27/07 10:09:42 | 5 | 31 | 92 |
| 0160 | 01/27/07 16:12:13 | 01/27/07 10:12:13 | 5 | 31 | 91 |
| 0161 | 01/27/07 16:13:10 | 01/27/07 10:13:10 | 1 | 31 | 91 |
| 0162 | 01/27/07 16:13:48 | 01/27/07 10:13:48 | 5 | 32 | 91 |
| 0163 | 01/27/07 16:15:15 | 01/27/07 10:15:15 | 5 | 32 | 90 |
| 0164 | 01/27/07 16:17:29 | 01/27/07 10:17:29 | 4 | 32 | 89 |

| | | | | | |
|---|---|---|---|---|---|
| | 01/27/07 16:17:38 | 01/27/07 10:17:38 | 3 | 32 | 89 |
| 0166 | 01/27/07 16:17:45 | 01/27/07 10:17:45 | 5 | 32 | 89 |
| 0167 | 01/27/07 16:19:38 | 01/27/07 10:19:38 | 2 | 33 | 88 |
| 0168 | 01/27/07 16:20:23 | 01/27/07 10:20:23 | 2 | 33 | 88 |
| 0169 | 01/27/07 16:40:18 | 01/27/07 10:40:18 | 5 | 29 | 88 |
| 0170 | 01/27/07 16:40:32 | 01/27/07 10:40:32 | 9 | 30 | 88 |
| 0171 | 01/27/07 16:41:14 | 01/27/07 10:41:14 | 1 | 28 | 87 |
| 0172 | 01/27/07 21:44:25 | 01/27/07 15:44:25 | 2 | 27 | 87 |
| 0173 | 01/27/07 21:44:30 | 01/27/07 15:44:30 | 2 | 27 | 87 |
| 0174 | 01/27/07 21:44:34 | 01/27/07 15:44:34 | 2 | 27 | 86 |
| 0175 | 01/27/07 21:44:47 | 01/27/07 15:44:47 | 2 | 28 | 86 |
| 0176 | 01/27/07 21:44:51 | 01/27/07 15:44:51 | 2 | 28 | 86 |
| 0177 | 01/27/07 21:44:57 | 01/27/07 15:44:57 | 2 | 28 | 86 |
| 0178 | 01/27/07 21:45:22 | 01/27/07 15:45:22 | 3 | 28 | 86 |
| 0179 | 01/27/07 21:45:33 | 01/27/07 15:45:33 | 2 | 28 | 86 |
| 0180 | 01/27/07 21:45:38 | 01/27/07 15:45:38 | 2 | 28 | 86 |
| 0181 | 01/27/07 21:45:43 | 01/27/07 15:45:43 | 2 | 28 | 86 |
| 0182 | 01/27/07 21:46:21 | 01/27/07 15:46:21 | 3 | 29 | 86 |
| 0183 | 01/27/07 21:46:25 | 01/27/07 15:46:25 | 2 | 29 | 85 |
| 0184 | 01/27/07 21:46:29 | 01/27/07 15:46:29 | 2 | 29 | 85 |
| 0185 | 01/28/07 01:49:58 | 01/27/07 19:49:58 | 2 | 30 | 95 |
| 0186 | 02/16/07 02:42:25 | 02/15/07 20:42:25 | 5 | 25 | 88 |
| 0187 | 02/16/07 02:42:31 | 02/15/07 20:42:31 | 5 | 25 | 88 |
| 0188 | 02/16/07 02:42:38 | 02/15/07 20:42:38 | 5 | 25 | 87 |
| 0189 | 02/18/07 18:23:22 | 02/18/07 12:23:22 | 4 | 25 | 99 |
| 0190 | 03/04/07 16:31:13 | 03/04/07 10:31:13 | 1 | 23 | 94 |
| 0191 | 04/24/07 00:39:24 | 04/23/07 19:39:24 | 1 | 25 | 88 |
| 0192 | 05/06/07 01:10:41 | 05/05/07 20:10:41 | 5 | 31 | 90 |
| 0193 | 05/12/07 14:50:36 | 05/12/07 09:50:36 | 5 | 28 | 99 |
| 0194 | 05/12/07 14:53:22 | 05/12/07 09:53:22 | 5 | 30 | 99 |

| | | | | | |
|---|---|---|---|---|---|
| | 05/12/07 14:55:11 | 05/12/07 09:55:11 | 5 | 31 | 98 |
| 0196 | 05/12/07 14:56:35 | 05/12/07 09:56:35 | 5 | 33 | 97 |
| 0197 | 05/12/07 14:59:17 | 05/12/07 09:59:17 | 5 | 34 | 97 |
| 0198 | 05/12/07 15:01:02 | 05/12/07 10:01:02 | 1 | 33 | 96 |
| 0199 | 05/12/07 15:02:03 | 05/12/07 10:02:03 | 5 | 35 | 96 |
| 0200 | 05/12/07 15:03:28 | 05/12/07 10:03:28 | 5 | 35 | 95 |
| 0201 | 05/12/07 15:05:11 | 05/12/07 10:05:11 | 5 | 35 | 95 |
| 0202 | 05/12/07 15:07:49 | 05/12/07 10:07:49 | 5 | 35 | 94 |
| 0203 | 05/12/07 15:08:15 | 05/12/07 10:08:15 | 5 | 36 | 93 |
| 0204 | 05/12/07 15:08:23 | 05/12/07 10:08:23 | 5 | 36 | 93 |
| 0205 | 05/12/07 15:08:32 | 05/12/07 10:08:32 | 5 | 36 | 93 |
| 0206 | 05/12/07 15:08:37 | 05/12/07 10:08:37 | 2 | 36 | 92 |
| 0207 | 05/12/07 15:10:07 | 05/12/07 10:10:07 | 5 | 37 | 92 |
| 0208 | 05/12/07 15:11:04 | 05/12/07 10:11:04 | 2 | 35 | 92 |
| 0209 | 05/12/07 15:19:56 | 05/12/07 10:19:56 | 2 | 35 | 91 |
| 0210 | 05/12/07 15:26:32 | 05/12/07 10:26:32 | 5 | 33 | 91 |
| 0211 | 05/12/07 15:26:40 | 05/12/07 10:26:40 | 7 | 33 | 91 |
| 0212 | 05/12/07 15:26:48 | 05/12/07 10:26:48 | 1 | 33 | 90 |
| 0213 | 05/12/07 15:39:21 | 05/12/07 10:39:21 | 1 | 30 | 90 |
| 0214 | 05/13/07 20:38:02 | 05/13/07 15:38:02 | 1 | 26 | 99 |
| 0215 | 05/19/07 05:52:28 | 05/19/07 00:52:28 | 5 | 22 | 97 |
| 0216 | 05/19/07 14:18:47 | 05/19/07 09:18:47 | 3 | 28 | 97 |
| 0217 | 05/19/07 14:21:09 | 05/19/07 09:21:09 | 5 | 31 | 97 |
| 0218 | 05/19/07 14:24:53 | 05/19/07 09:24:53 | 5 | 34 | 96 |
| 0219 | 05/19/07 14:28:17 | 05/19/07 09:28:17 | 5 | 35 | 96 |
| 0220 | 05/19/07 19:13:08 | 05/19/07 14:13:08 | 1 | 26 | 95 |
| 0221 | 05/19/07 19:13:25 | 05/19/07 14:13:25 | 3 | 27 | 95 |
| 0222 | 06/14/07 02:07:41 | 06/13/07 21:07:41 | 1 | 23 | 91 |
| 0223 | 07/06/07 18:29:27 | 07/06/07 13:29:27 | 1 | 24 | 90 |
| 0224 | 07/29/07 16:42:24 | 07/29/07 11:42:24 | 2 | 24 | 82 |

| | | | | | |
|---|---|---|---|---|---|
| | 07/29/07 16:42:26 | 07/29/07 11:42:26 | 1 | 24 | 82 |
| 0226 | 09/08/07 14:48:27 | 09/08/07 09:48:27 | 5 | 28 | 77 |
| 0227 | 09/08/07 14:50:51 | 09/08/07 09:50:51 | 5 | 31 | 75 |
| 0228 | 09/08/07 14:53:39 | 09/08/07 09:53:39 | 4 | 31 | 75 |
| 0229 | 09/08/07 14:54:50 | 09/08/07 09:54:50 | 3 | 31 | 75 |
| 0230 | 09/08/07 14:55:15 | 09/08/07 09:55:15 | 3 | 31 | 74 |
| 0231 | 09/08/07 14:55:36 | 09/08/07 09:55:36 | 4 | 32 | 74 |
| 0232 | 09/08/07 14:56:28 | 09/08/07 09:56:28 | 3 | 32 | 74 |
| 0233 | 09/08/07 14:57:24 | 09/08/07 09:57:24 | 4 | 32 | 74 |
| 0234 | 09/08/07 14:57:31 | 09/08/07 09:57:31 | 5 | 33 | 73 |
| 0235 | 09/08/07 14:57:37 | 09/08/07 09:57:37 | 5 | 33 | 73 |
| 0236 | 09/08/07 14:57:39 | 09/08/07 09:57:39 | 3 | 33 | 73 |
| 0237 | 09/08/07 19:12:28 | 09/08/07 14:12:28 | 5 | 27 | 72 |
| 0238 | 09/08/07 19:12:43 | 09/08/07 14:12:43 | 7 | 28 | 71 |
| 0239 | 09/08/07 20:01:03 | 09/08/07 15:01:03 | 3 | 29 | 71 |
| 0240 | 09/08/07 20:01:12 | 09/08/07 15:01:12 | 2 | 29 | 71 |
| 0241 | 09/08/07 20:01:28 | 09/08/07 15:01:28 | 5 | 30 | 70 |
| 0242 | 09/08/07 20:02:15 | 09/08/07 15:02:15 | 3 | 30 | 70 |
| 0243 | 09/08/07 20:02:24 | 09/08/07 15:02:24 | 2 | 30 | 70 |
| 0244 | 09/08/07 20:02:34 | 09/08/07 15:02:34 | 4 | 31 | 70 |
| 0245 | 09/08/07 20:02:56 | 09/08/07 15:02:56 | 2 | 31 | 69 |
| 0246 | 09/08/07 20:03:03 | 09/08/07 15:03:03 | 2 | 31 | 69 |
| 0247 | 09/08/07 20:03:12 | 09/08/07 15:03:12 | 2 | 31 | 69 |
| 0248 | 09/08/07 20:03:26 | 09/08/07 15:03:26 | 5 | 32 | 69 |
| 0249 | 09/08/07 20:03:57 | 09/08/07 15:03:57 | 4 | 32 | 68 |
| 0250 | 09/08/07 20:04:07 | 09/08/07 15:04:07 | 2 | 33 | 68 |
| 0251 | 09/08/07 20:04:16 | 09/08/07 15:04:16 | 2 | 33 | 68 |
| 0252 | 09/08/07 20:04:28 | 09/08/07 15:04:28 | 5 | 33 | 68 |
| 0253 | 09/08/07 20:04:53 | 09/08/07 15:04:53 | 2 | 33 | 68 |
| 0254 | 09/08/07 20:05:04 | 09/08/07 15:05:04 | 2 | 33 | 68 |

| | | | | | |
|---|---|---|---|---|---|
| | 09/08/07 20:05:15 | 09/08/07 15:05:15 | 2 | 33 | 67 |
| 0256 | 09/08/07 20:05:25 | 09/08/07 15:05:25 | 3 | 33 | 67 |
| 0257 | 10/03/07 21:51:52 | 10/03/07 16:51:52 | 1 | 24 | 59 |
| 0258 | 11/13/07 15:32:43 | 11/13/07 09:32:43 | 3 | 26 | 46 |
| 0259 | 11/13/07 15:32:53 | 11/13/07 09:32:53 | 5 | 27 | 45 |
| 0260 | 11/13/07 15:34:33 | 11/13/07 09:34:33 | 5 | 28 | 45 |
| 0261 | 11/13/07 15:38:27 | 11/13/07 09:38:27 | 5 | 28 | 45 |
| 0262 | 11/13/07 15:42:14 | 11/13/07 09:42:14 | 5 | 30 | 44 |
| 0263 | 11/13/07 15:45:17 | 11/13/07 09:45:17 | 5 | 31 | 43 |
| 0264 | 11/13/07 15:47:37 | 11/13/07 09:47:37 | 4 | 31 | 43 |
| 0265 | 11/13/07 15:49:06 | 11/13/07 09:49:06 | 2 | 31 | 43 |
| 0266 | 11/13/07 15:50:03 | 11/13/07 09:50:03 | 3 | 31 | 42 |
| 0267 | 11/13/07 15:50:19 | 11/13/07 09:50:19 | 2 | 32 | 42 |
| 0268 | 11/13/07 15:50:47 | 11/13/07 09:50:47 | 2 | 32 | 41 |
| 0269 | 11/13/07 15:51:10 | 11/13/07 09:51:10 | 3 | 32 | 41 |
| 0270 | 11/13/07 15:51:43 | 11/13/07 09:51:43 | 1 | 32 | 41 |
| 0271 | 11/13/07 17:06:55 | 11/13/07 11:06:55 | 5 | 27 | 41 |
| 0272 | 11/13/07 17:07:13 | 11/13/07 11:07:13 | 2 | 27 | 40 |
| 0273 | 11/13/07 18:21:11 | 11/13/07 12:21:11 | 5 | 29 | 40 |
| 0274 | 11/13/07 18:26:12 | 11/13/07 12:26:12 | 3 | 33 | 39 |
| 0275 | 11/13/07 18:26:19 | 11/13/07 12:26:19 | 2 | 33 | 39 |
| 0276 | 11/13/07 18:26:33 | 11/13/07 12:26:33 | 2 | 33 | 39 |
| 0277 | 11/13/07 18:26:36 | 11/13/07 12:26:36 | 2 | 33 | 39 |
| 0278 | 11/13/07 18:26:41 | 11/13/07 12:26:41 | 2 | 33 | 38 |
| 0279 | 11/13/07 18:26:54 | 11/13/07 12:26:54 | 3 | 33 | 38 |
| 0280 | 11/13/07 18:27:00 | 11/13/07 12:27:00 | 3 | 33 | 38 |
| 0281 | 11/13/07 18:27:05 | 11/13/07 12:27:05 | 2 | 33 | 38 |
| 0282 | 11/13/07 18:52:48 | 11/13/07 12:52:48 | 3 | 28 | 38 |
| 0283 | 11/13/07 18:53:02 | 11/13/07 12:53:02 | 2 | 28 | 38 |
| 0284 | 11/13/07 18:53:08 | 11/13/07 12:53:08 | 2 | 29 | 38 |

| | | | | | |
|---|---|---|---|---|---|
| | 11/13/07 18:53:18 | 11/13/07 12:53:18 | 2 | 29 | 38 |
| 0286 | 11/13/07 18:53:24 | 11/13/07 12:53:24 | 2 | 29 | 38 |
| 0287 | 11/13/07 18:53:37 | 11/13/07 12:53:37 | 5 | 30 | 37 |
| 0288 | 11/13/07 18:53:41 | 11/13/07 12:53:41 | 2 | 30 | 37 |
| 0289 | 11/13/07 18:54:05 | 11/13/07 12:54:05 | 2 | 29 | 37 |
| 0290 | 11/13/07 18:54:11 | 11/13/07 12:54:11 | 1 | 30 | 37 |
| 0291 | 11/13/07 18:54:18 | 11/13/07 12:54:18 | 1 | 30 | 37 |
| 0292 | 11/13/07 18:54:24 | 11/13/07 12:54:24 | 2 | 30 | 37 |
| 0293 | 11/13/07 18:54:34 | 11/13/07 12:54:34 | 5 | 31 | 37 |
| 0294 | 11/13/07 18:54:40 | 11/13/07 12:54:40 | 4 | 31 | 36 |
| 0295 | 11/13/07 18:55:03 | 11/13/07 12:55:03 | 1 | 31 | 36 |
| 0296 | 11/13/07 18:55:11 | 11/13/07 12:55:11 | 1 | 31 | 36 |
| 0297 | 11/13/07 18:55:18 | 11/13/07 12:55:18 | 1 | 31 | 36 |
| 0298 | 11/13/07 18:55:26 | 11/13/07 12:55:26 | 1 | 31 | 36 |
| 0299 | 11/13/07 18:55:38 | 11/13/07 12:55:38 | 5 | 31 | 36 |
| 0300 | 11/13/07 18:55:44 | 11/13/07 12:55:44 | 6 | 32 | 35 |
| 0301 | 11/13/07 18:56:08 | 11/13/07 12:56:08 | 2 | 32 | 35 |
| 0302 | 11/13/07 18:56:17 | 11/13/07 12:56:17 | 2 | 32 | 35 |
| 0303 | 11/13/07 18:56:24 | 11/13/07 12:56:24 | 2 | 32 | 35 |
| 0304 | 11/13/07 18:56:32 | 11/13/07 12:56:32 | 2 | 31 | 34 |
| 0305 | 11/13/07 18:56:46 | 11/13/07 12:56:46 | 5 | 33 | 34 |
| 0306 | 11/13/07 18:56:50 | 11/13/07 12:56:50 | 3 | 33 | 34 |
| 0307 | 11/13/07 18:57:17 | 11/13/07 12:57:17 | 1 | 33 | 34 |
| 0308 | 11/13/07 18:57:25 | 11/13/07 12:57:25 | 1 | 32 | 34 |
| 0309 | 11/13/07 18:57:29 | 11/13/07 12:57:29 | 1 | 32 | 34 |
| 0310 | 11/13/07 18:57:34 | 11/13/07 12:57:34 | 1 | 32 | 34 |
| 0311 | 11/13/07 18:57:39 | 11/13/07 12:57:39 | 1 | 32 | 33 |
| 0312 | 11/13/07 18:57:49 | 11/13/07 12:57:49 | 5 | 33 | 33 |
| 0313 | 11/13/07 18:57:53 | 11/13/07 12:57:53 | 3 | 33 | 33 |
| 0314 | 11/13/07 18:58:07 | 11/13/07 12:58:07 | 1 | 33 | 33 |

| | | | | | |
|---|---|---|---|---|---|
| | 11/13/07 18:58:14 | 11/13/07 12:58:14 | 1 | 33 | 33 |
| 0316 | 11/13/07 18:58:22 | 11/13/07 12:58:22 | 2 | 33 | 33 |
| 0317 | 11/13/07 18:58:30 | 11/13/07 12:58:30 | 1 | 33 | 33 |
| 0318 | 11/13/07 18:58:42 | 11/13/07 12:58:42 | 5 | 33 | 32 |
| 0319 | 11/13/07 18:58:49 | 11/13/07 12:58:49 | 5 | 34 | 32 |
| 0320 | 11/13/07 19:00:07 | 11/13/07 13:00:07 | 1 | 33 | 32 |
| 0321 | 11/15/07 15:50:47 | 11/15/07 09:50:47 | 1 | 29 | 99 |
| 0322 | 11/15/07 16:25:09 | 11/15/07 10:25:09 | 5 | 26 | 99 |
| 0323 | 11/15/07 16:29:52 | 11/15/07 10:29:52 | 4 | 27 | 98 |
| 0324 | 11/15/07 16:30:08 | 11/15/07 10:30:08 | 5 | 28 | 98 |
| 0325 | 11/15/07 16:30:13 | 11/15/07 10:30:13 | 4 | 28 | 98 |
| 0326 | 11/15/07 16:31:02 | 11/15/07 10:31:02 | 4 | 28 | 97 |
| 0327 | 11/15/07 19:43:30 | 11/15/07 13:43:30 | 2 | 24 | 97 |
| 0328 | 11/15/07 19:43:40 | 11/15/07 13:43:40 | 2 | 23 | 97 |
| 0329 | 11/15/07 19:44:12 | 11/15/07 13:44:12 | 2 | 25 | 96 |
| 0330 | 11/19/07 17:40:49 | 11/19/07 11:40:49 | 4 | 28 | 95 |
| 0331 | 11/19/07 17:41:05 | 11/19/07 11:41:05 | 1 | 27 | 95 |
| 0332 | 11/19/07 17:55:36 | 11/19/07 11:55:36 | 2 | 29 | 95 |
| 0333 | 11/19/07 18:03:41 | 11/19/07 12:03:41 | 3 | 30 | 94 |
| 0334 | 11/19/07 18:05:52 | 11/19/07 12:05:52 | 3 | 30 | 94 |
| 0335 | 11/19/07 18:06:42 | 11/19/07 12:06:42 | 1 | 30 | 94 |
| 0336 | 11/19/07 18:08:50 | 11/19/07 12:08:50 | 2 | 30 | 94 |
| 0337 | 11/19/07 18:10:02 | 11/19/07 12:10:02 | 3 | 30 | 94 |
| 0338 | 11/19/07 18:10:13 | 11/19/07 12:10:13 | 2 | 30 | 93 |
| 0339 | 11/19/07 18:12:11 | 11/19/07 12:12:11 | 2 | 30 | 93 |
| 0340 | 11/19/07 18:14:21 | 11/19/07 12:14:21 | 2 | 31 | 93 |
| 0341 | 11/19/07 18:14:56 | 11/19/07 12:14:56 | 1 | 30 | 93 |
| 0342 | 11/19/07 18:15:13 | 11/19/07 12:15:13 | 2 | 31 | 93 |
| 0343 | 11/28/07 14:21:15 | 11/28/07 08:21:15 | 1 | 24 | 90 |
| 0344 | 12/03/07 21:58:55 | 12/03/07 15:58:55 | 1 | 27 | 88 |

| | | | | | |
|---|---|---|---|---|---|
| | 12/03/07 21:59:06 | 12/03/07 15:59:06 | 1 | 28 | 88 |
| 0346 | 12/12/07 22:12:07 | 12/12/07 16:12:07 | 5 | 26 | 85 |
| 0347 | 12/12/07 22:14:27 | 12/12/07 16:14:27 | 1 | 27 | 84 |
| 0348 | 12/12/07 22:16:43 | 12/12/07 16:16:43 | 1 | 28 | 84 |
| 0349 | 12/12/07 22:16:53 | 12/12/07 16:16:53 | 1 | 29 | 84 |
| 0350 | 12/12/07 22:21:35 | 12/12/07 16:21:35 | 5 | 31 | 84 |
| 0351 | 12/12/07 22:21:40 | 12/12/07 16:21:40 | 5 | 31 | 83 |
| 0352 | 12/19/07 23:16:10 | 12/19/07 17:16:10 | 1 | 27 | 81 |
| 0353 | 01/06/08 15:15:19 | 01/06/08 09:15:19 | 5 | 28 | 75 |
| 0354 | 01/06/08 15:16:25 | 01/06/08 09:16:25 | 5 | 29 | 74 |
| 0355 | 01/06/08 15:19:21 | 01/06/08 09:19:21 | 5 | 29 | 74 |
| 0356 | 01/06/08 15:20:12 | 01/06/08 09:20:12 | 5 | 29 | 73 |
| 0357 | 01/26/08 16:09:16 | 01/26/08 10:09:16 | 5 | 26 | 93 |
| 0358 | 01/26/08 16:13:52 | 01/26/08 10:13:52 | 5 | 27 | 92 |
| 0359 | 01/26/08 16:15:31 | 01/26/08 10:15:31 | 5 | 28 | 91 |
| 0360 | 01/26/08 16:18:56 | 01/26/08 10:18:56 | 5 | 28 | 91 |
| 0361 | 01/26/08 16:20:30 | 01/26/08 10:20:30 | 5 | 28 | 90 |
| 0362 | 01/26/08 16:23:10 | 01/26/08 10:23:10 | 5 | 28 | 90 |
| 0363 | 01/26/08 16:24:06 | 01/26/08 10:24:06 | 5 | 29 | 89 |
| 0364 | 01/26/08 16:28:31 | 01/26/08 10:28:31 | 5 | 30 | 89 |
| 0365 | 01/26/08 16:29:20 | 01/26/08 10:29:20 | 5 | 30 | 88 |
| 0366 | 01/26/08 16:32:11 | 01/26/08 10:32:11 | 5 | 30 | 87 |
| 0367 | 01/26/08 16:33:04 | 01/26/08 10:33:04 | 5 | 30 | 87 |
| 0368 | 01/26/08 16:33:10 | 01/26/08 10:33:10 | 5 | 30 | 86 |
| 0369 | 01/26/08 16:34:09 | 01/26/08 10:34:09 | 5 | 31 | 86 |
| 0370 | 01/26/08 16:34:30 | 01/26/08 10:34:30 | 4 | 31 | 85 |
| 0371 | 01/26/08 16:37:11 | 01/26/08 10:37:11 | 5 | 31 | 85 |
| 0372 | 01/26/08 16:41:01 | 01/26/08 10:41:01 | 5 | 30 | 84 |
| 0373 | 01/26/08 16:43:54 | 01/26/08 10:43:54 | 2 | 30 | 84 |
| 0374 | 01/26/08 16:44:05 | 01/26/08 10:44:05 | 2 | 30 | 84 |

Case 2:12-cv-04210-NKL Document 116-3 Filed 01/16/14 Page 13 of 17

Camden County 00096

| | | | | | |
|---|---|---|---|---|---|
| | 01/26/08 16:46:08 | 01/26/08 10:46:08 | 5 | 31 | 84 |
| 0376 | 01/26/08 16:46:51 | 01/26/08 10:46:51 | 5 | 31 | 83 |
| 0377 | 01/26/08 16:52:15 | 01/26/08 10:52:15 | 1 | 28 | 83 |
| 0378 | 01/26/08 16:52:57 | 01/26/08 10:52:57 | 1 | 30 | 82 |
| 0379 | 01/26/08 16:53:44 | 01/26/08 10:53:44 | 3 | 30 | 82 |
| 0380 | 01/26/08 16:53:47 | 01/26/08 10:53:47 | 2 | 31 | 82 |
| 0381 | 01/26/08 16:53:50 | 01/26/08 10:53:50 | 2 | 30 | 82 |
| 0382 | 01/26/08 16:53:53 | 01/26/08 10:53:53 | 2 | 31 | 82 |
| 0383 | 01/26/08 16:53:56 | 01/26/08 10:53:56 | 2 | 31 | 82 |
| 0384 | 01/26/08 16:53:58 | 01/26/08 10:53:58 | 2 | 31 | 82 |
| 0385 | 01/26/08 16:54:01 | 01/26/08 10:54:01 | 2 | 31 | 81 |
| 0386 | 01/26/08 16:54:04 | 01/26/08 10:54:04 | 2 | 31 | 81 |
| 0387 | 01/26/08 21:27:53 | 01/26/08 15:27:53 | 5 | 26 | 81 |
| 0388 | 01/26/08 21:28:03 | 01/26/08 15:28:03 | 3 | 26 | 81 |
| 0389 | 01/26/08 21:28:11 | 01/26/08 15:28:11 | 5 | 27 | 80 |
| 0390 | 01/26/08 21:29:07 | 01/26/08 15:29:07 | 5 | 28 | 80 |
| 0391 | 01/26/08 21:29:16 | 01/26/08 15:29:16 | 5 | 28 | 80 |
| 0392 | 02/06/08 15:05:23 | 02/06/08 09:05:23 | 4 | 28 | 96 |
| 0393 | 03/26/08 13:48:35 | 03/26/08 08:48:35 | 1 | 24 | 84 |
| 0394 | 03/26/08 13:55:57 | 03/26/08 08:55:57 | 5 | 26 | 83 |
| 0395 | 03/26/08 13:59:10 | 03/26/08 08:59:10 | 5 | 27 | 83 |
| 0396 | 03/26/08 14:02:24 | 03/26/08 09:02:24 | 4 | 28 | 82 |
| 0397 | 03/26/08 14:03:27 | 03/26/08 09:03:27 | 7 | 28 | 82 |
| 0398 | 03/26/08 14:06:11 | 03/26/08 09:06:11 | 5 | 29 | 81 |
| 0399 | 03/26/08 14:08:42 | 03/26/08 09:08:42 | 3 | 29 | 81 |
| 0400 | 03/26/08 14:12:13 | 03/26/08 09:12:13 | 2 | 29 | 81 |
| 0401 | 03/26/08 14:16:46 | 03/26/08 09:16:46 | 3 | 29 | 80 |
| 0402 | 03/26/08 14:17:37 | 03/26/08 09:17:37 | 3 | 29 | 80 |
| 0403 | 03/26/08 14:29:20 | 03/26/08 09:29:20 | 4 | 28 | 80 |
| 0404 | 03/26/08 18:50:54 | 03/26/08 13:50:54 | 5 | 25 | 79 |

| | | | | | |
|---|---|---|---|---|---|
| | 03/26/08 18:51:33 | 03/26/08 13:51:33 | 5 | 26 | 79 |
| 0406 | 03/26/08 18:52:19 | 03/26/08 13:52:19 | 5 | 27 | 79 |
| 0407 | 03/26/08 18:53:05 | 03/26/08 13:53:05 | 5 | 28 | 78 |
| 0408 | 03/26/08 18:53:13 | 03/26/08 13:53:13 | 3 | 27 | 78 |
| 0409 | 03/26/08 18:53:41 | 03/26/08 13:53:41 | 5 | 28 | 78 |
| 0410 | 03/26/08 18:53:52 | 03/26/08 13:53:52 | 5 | 28 | 77 |
| 0411 | 03/26/08 18:54:30 | 03/26/08 13:54:30 | 5 | 29 | 77 |
| 0412 | 03/26/08 18:54:38 | 03/26/08 13:54:38 | 5 | 29 | 76 |
| 0413 | 03/26/08 18:55:15 | 03/26/08 13:55:15 | 5 | 30 | 76 |
| 0414 | 03/26/08 18:56:29 | 03/26/08 13:56:29 | 5 | 30 | 75 |
| 0415 | 04/09/08 22:29:57 | 04/09/08 17:29:57 | 1 | 25 | 70 |
| 0416 | 04/10/08 10:18:29 | 04/10/08 05:18:29 | 2 | 26 | 69 |
| 0417 | 04/10/08 21:09:52 | 04/10/08 16:09:52 | 1 | 29 | 69 |
| 0418 | 04/15/08 22:00:20 | 04/15/08 17:00:20 | 1 | 30 | 67 |
| 0419 | 04/19/08 21:54:34 | 04/19/08 16:54:34 | 1 | 25 | 65 |
| 0420 | 04/22/08 12:04:19 | 04/22/08 07:04:19 | 1 | 23 | 64 |
| 0421 | 04/28/08 14:48:55 | 04/28/08 09:48:55 | 5 | 26 | 62 |
| 0422 | 04/28/08 14:50:53 | 04/28/08 09:50:53 | 3 | 27 | 61 |
| 0423 | 04/28/08 14:52:40 | 04/28/08 09:52:40 | 5 | 28 | 61 |
| 0424 | 04/28/08 14:52:45 | 04/28/08 09:52:45 | 1 | 28 | 61 |
| 0425 | 04/28/08 14:53:09 | 04/28/08 09:53:09 | 5 | 29 | 61 |
| 0426 | 04/28/08 14:53:41 | 04/28/08 09:53:41 | 3 | 29 | 60 |
| 0427 | 04/28/08 14:54:00 | 04/28/08 09:54:00 | 3 | 29 | 60 |
| 0428 | 04/28/08 14:59:34 | 04/28/08 09:59:34 | 4 | 29 | 59 |
| 0429 | 04/28/08 15:00:38 | 04/28/08 10:00:38 | 3 | 29 | 59 |
| 0430 | 05/27/08 17:22:08 | 05/27/08 12:22:08 | 1 | 24 | 49 |
| 0431 | 05/27/08 17:22:13 | 05/27/08 12:22:13 | 1 | 24 | 49 |
| 0432 | 05/27/08 17:22:13 | 05/27/08 12:22:13 | 1 | 24 | 49 |
| 0433 | 05/27/08 17:23:13 | 05/27/08 12:23:13 | 1 | 25 | 49 |
| 0434 | 05/27/08 17:54:01 | 05/27/08 12:54:01 | 5 | 24 | 49 |

Case 2:12-cv-04210-NKL Document 116-3 Filed 01/16/14 Page 15 of 17

| | | | | | |
|---|---|---|---|---|---|
| | 05/27/08 17:54:19 | 05/27/08 12:54:19 | 5 | 24 | 48 |
| 0436 | 06/28/08 13:04:12 | 06/28/08 08:04:12 | 1 | 26 | 38 |
| 0437 | 06/28/08 13:12:50 | 06/28/08 08:12:50 | 5 | 31 | 37 |
| 0438 | 06/28/08 13:15:56 | 06/28/08 08:15:56 | 5 | 32 | 37 |
| 0439 | 06/28/08 13:18:09 | 06/28/08 08:18:09 | 3 | 32 | 36 |
| 0440 | 06/28/08 13:19:03 | 06/28/08 08:19:03 | 5 | 33 | 36 |
| 0441 | 06/28/08 13:22:16 | 06/28/08 08:22:16 | 7 | 33 | 35 |
| 0442 | 06/28/08 13:25:15 | 06/28/08 08:25:15 | 5 | 33 | 35 |
| 0443 | 06/28/08 13:27:28 | 06/28/08 08:27:28 | 5 | 33 | 34 |
| 0444 | 06/28/08 13:29:11 | 06/28/08 08:29:11 | 2 | 33 | 34 |
| 0445 | 06/28/08 13:29:22 | 06/28/08 08:29:22 | 5 | 34 | 33 |
| 0446 | 06/28/08 13:31:22 | 06/28/08 08:31:22 | 6 | 34 | 33 |
| 0447 | 06/28/08 13:33:33 | 06/28/08 08:33:33 | 2 | 33 | 33 |
| 0448 | 06/28/08 14:32:41 | 06/28/08 09:32:41 | 1 | 30 | 32 |
| 0449 | 07/18/08 16:13:03 | 07/18/08 11:13:03 | Old Time | | |
| 0450 | 01/18/06 18:49:55 | 01/18/06 12:49:55 | New Time | | |
| 0451 | 01/18/06 18:50:25 | 01/18/06 12:50:25 | Old Time | | |
| 0452 | 01/18/06 18:50:25 | 01/18/06 12:50:25 | New Time | | |
| 0453 | 01/18/06 18:52:53 | 01/18/06 12:52:53 | Old Time | | |
| 0454 | 07/18/08 17:52:51 | 07/18/08 12:52:51 | New Time | | |
| 0455 | 07/18/08 17:53:34 | 07/18/08 12:53:34 | Old Time | | |
| 0456 | 07/18/08 17:53:35 | 07/18/08 12:53:35 | New Time | | |
| 0457 | 07/18/08 17:53:51 | 07/18/08 12:53:51 | Old Time | | |
| 0458 | 07/18/08 17:53:51 | 07/18/08 12:53:51 | New Time | | |
| 0459 | 08/30/08 15:19:45 | 08/30/08 10:19:45 | 1 | 26 | 11 |
| 0460 | 09/04/08 17:01:28 | 09/04/08 12:01:28 | 1 | 28 | 55 |
| 0461 | 09/04/08 17:03:59 | 09/04/08 12:03:59 | 1 | 28 | 55 |
| 0462 | 10/05/08 01:00:01 | 10/04/08 20:00:01 | 1 | 29 | 89 |
| 0463 | 11/05/08 17:03:37 | 11/05/08 11:03:37 | 1 | 26 | 79 |
| 0464 | 02/10/09 22:06:45 | 02/10/09 16:06:45 | 1 | 26 | 99 |

| | | | | | |
|---|---|---|---|---|---|
| 0465 | 04/02/09 18:48:04 | 04/02/09 13:48:04 | 2 | 21 | 99 |
| 0466 | 05/08/09 21:29:19 | 05/08/09 16:29:19 | 5 | 33 | 99 |
| 0467 | 05/23/09 16:20:09 | 05/23/09 11:20:09 | 5 | 34 | 98 |
| 0468 | 08/29/09 21:44:38 | 08/29/09 16:44:38 | 1 | 38 | 97 |
| 0469 | 06/04/10 19:42:42 | 06/04/10 14:42:42 | 5 | 42 | 96 |
| 0470 | 03/02/11 19:33:11 | 03/02/11 13:33:11 | 5 | 32 | 94 |
| 0471 | 03/12/11 17:47:17 | 03/12/11 11:47:17 | 2 | 30 | 93 |
| 0472 | 05/12/11 14:50:24 | 05/12/11 09:50:24 | 5 | 29 | 93 |
| 0473 | 07/08/11 08:52:31 | 07/08/11 03:52:31 | 3 | 24 | 91 |

End of Report.