STATE CONTROL NO.: 11 280 017 003  REPORT DATE: 10/04/11
REPORTING OFFICER: CORPORAL E. R. STACKS  0995  TROOP OF OCCURRENCE: F
OCC TYPE: DEATH INVESTIGTION
COUNTY:           CAMDEN                SCENE PROCESSED: N
DATE/TIME:        10/04/2011
OFFENSE STATUS:   INVESTIGATION CONTINUING   DDCC AT SCENE: N
LOCATION:         CAMDEN COUNTY

## DETAILS OF INVESTIGATION

### INTERVIEW OF DEPUTY RICHARD B. DZIADOSZ

1. On October 4, 2011, at approximately 0937 hours, I interviewed Camden County Deputy Richard B. Dziadosz, date of birth February 28, 1973. The interview was being conducted at the Camden County Sheriff's Department.

2. Deputy Dziadosz stated he received the call as a Burglary-in-Progress, whereas a subject had entered a home, then left, and was still outside of the residence. Deputy Dziadosz stated as he arrived on the scene, he got out of his patrol car and could hear a subject to his right yelling something. Deputy Dziadosz stated he was approached by a female subject from his left side and asked if she was the one that reported the incident. The female subject told Deputy Dziadosz she did call the police; however, she pointed across the field and stated the subject he was looking for was over there. The female subject advised Deputy Dziadosz she and the male subject were friends, and he was staying with her.

3. Deputy Dziadosz stated he walked across the field and approached the male subject, who was standing at the rear of another residence. Deputy Dziadosz stated the subject was yelling at the residence when he approached the suspect. Deputy Dziadosz stated he shined his flashlight at the suspect and ordered him to place his hands behind his back. Deputy Dziadosz also stated he had his taser out and was pointing the laser at the subject. The suspect reportedly turned away from Deputy Dziadosz, looked up into the sky and began yelling "Thank God." Deputy Dziadosz stated he immediately realized he was dealing with an emotionally disturbed person, and not so much a burglary suspect. Deputy Dziadosz stated he again ordered the suspect to comply by placing his hands behind his back. Deputy Dziadosz stated the suspect ignored his order, waived off the deputy and began walking away.

4. Deputy Dziadosz stated Sergeant Fiene came around the other side of the house and approached the suspect and ordered him to comply with the officers. The suspect was yelling "God" and refused to comply with the officers. Deputy Dziadosz stated Sergeant Fiene then deployed his taser and fired at the suspect, striking him in the chest. The subject went down after being tased, then came back up after a five second cycle of the taser. Sergeant Fiene activated the taser again, causing

the suspect to go to the ground. After another five second cycle, the suspect got up and managed to pull the taser wires from his skin. Deputy Dziadosz stated it appeared one of the wires from the taser unit had been broke as the suspect was twisting and thrashing about. Deputy Dziadosz stated Sergeant Fiene attempted to activate the tazer again and realized it was not working any longer. Sergeant Fiene reportedly approached the suspect and struck the suspect's right leg with his flashlight. Deputy Dziadosz stated Sergeant Fiene struck the suspect behind his right knee, possibly two or three times, in an effort to get the subject down on the ground. Deputy Dziadosz approached the suspect and grabbed his left arm. The suspect was on the ground and refusing to give his arms to the officers for handcuffing. Deputy Dziadosz stated Sergeant Fiene appeared to "Dry-stun" the suspect with the taser. Deputy Dziadosz stated Deputy Watson arrived on the scene during the scuffle, and grabbed the suspect's right arm. Deputy Dziadosz stated they were able to handcuff the suspect, however, he was still uncooperative and kept struggling with officers.

5. Immediately following the detention of the suspect, Deputy Dziadosz stated the female subject who he first met, and another male subject, believed to be the owner of the residence at that location, began arguing with each other. The male subject told the female to get off his property. Officer Fiene reportedly intervened and "took care of the subjects", according to Deputy Dziadosz.

6. Deputy Dziadosz stated he had Deputy Watson get his patrol car closer to the residence so they wouldn't have to carry the suspect too far. Deputy Dziadosz stated about two minutes later the suspect seemed to go to sleep and began what he thought was snoring. Deputy Dziadosz stated he placed the suspect on his side so he could breath. Deputy Dziadosz stated he and Sergeant Fiene carried the suspect closer to the patrol car in the mowed area of the grass. Deputy Dziadosz stated he and Sergeant Fiene could see blood on the suspect's arm, and an ambulance was called by Sergeant Fiene.

7. Deputy Dziadosz stated he went to the patrol car and retrieved anti bacterial cleanser, due to the blood on him and Deputy Watson. Deputy Dziadosz stated Deputy Watson kept the suspect on his side, and when he returned he relieved Deputy Watson so she could clean herself of the blood.

8. Deputy Dziadosz stated Deputy Rutherford arrived and asked if the suspect was all right. Deputy Dziadosz stated he realized the suspect hadn't moved for a while and checked for a pulse. Deputy Dziadosz stated he could feel a week pulse. Sergeant Fiene was notified of the situation and he ordered the handcuffs be taken off the suspect. Deputy Dziadosz stated this is when they realized the subject had no pulse and was not breathing.

9. Deputy Dziadosz stated they began administering CPR, and Sergeant Fiene called into dispatch and asked for the ambulance to expedite their response. Deputy Dziadosz stated he and Deputy Rutherford administered CPR until they were relieved by the paramedics.

10. I asked Deputy Dziadosz to describe the suspect when he first arrived and approached him. Deputy Dziadosz stated the subject was a white male, approximately five foot nine, five foot ten inches tall, approximately 190 pounds. The suspect was only wearing a pair of boxer

shorts, and nothing else, including shoes. Deputy Dziadosz stated the suspect appeared very agitated due to his demeanor.

11. Deputy Dziadosz stated the only time a taser was used was by Sergeant Fiene as he earlier reported. No other tasers were used on the suspect during the entire altercation.

12. The interview was recorded with my department issued digital recorder, and was later transferred to CD, see attached.

Eric R. Stacks, Corporal  ERS:ejs
Division of Drug and Crime Control