

# Camden County Sheriffs Office

| | |
|---|---|
| **To:** | Lt. Joe Botta |
| **From:** | Deputy Jamee L. Watson |
| **Date:** | October 4, 2011 |
| **Subject:** | Use of Force Supplement |

On Tuesday 10/4/2011 I was dispatched to a call at 258 Teer Dr in reference to a unknown male attempting to gain entry into a residence. Upon arrival I observed Sgt. Fiene and Deputy Dziadosz struggling with a suspect and instructing him to place his hands behind back with no compliance.

I hurried to the suspect's right side and immediately took hold of his right arm to try and gain control over him and stop him from attempting to get up and continue to resist. As I took hold of his wrist he continued to fight against us and attempt to get up. As Deputy Dziadosz and I attempted to gain control over the suspect later identified as Glen David Norman DOB 9-22-65, Sgt Fiene issued a drive stun to his back with no visible results. After awhile of struggling with Norman I placed my right knee between his two shoulder blades to prevent him from attempting to stand as well as gain control over his resistance. Myself and Deputy Dziadosz were able to place his hands behind his back and apply 2 sets of handcuffs linked together on in attempts to stop his level of resistance and gain control of him. After handcuffs were applied Norman again attempted to stand and I kept my knee between his shoulder blades to hold him down until he finished fighting and struggling. After a few minutes he calmed down and quit fighting against myself and Deputy Dziadosz. Shortly after he stopped struggling he began to snore.

End of Supplement



EXHIBIT 10

Document2

Case 2:12-cv-04210-NKL   Document 116-12   Filed 01/16/14   Page 1 of 1   Camden County 00182